**SCHMOYER REINHARD LLP**
Richard L. Clifton (*Pro Hac Vice* granted)
Texas Bar No. 24103565
8000 IH 10 West, Suite 1600
San Antonio, TX 78230
(210) 447-8033

Tyler D. Williams [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tdw@naylorhales.com

**ATTORNEYS FOR DEFENDANT**
**UNITED PARCEL SERVICE, INC. (OHIO)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| HEIDI H. PECK; an individual;<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. an Ohio Corporation,<br><br>*Defendant.* | **CASE NO. 4:22-CV-00381-CWD**<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

PLEASE TAKE NOTICE that Defendant United Parcel Service, Inc. (UPS) hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56 for summary judgment, in its favor, dismissing all claims raised in this action on the grounds that there is no genuine issue

as to any material fact in regard thereto, and that Defendant is entitled to such dismissal as a matter of law.

This motion is supported by the accompanying memorandum of law, supporting brief and declarations of Alecia Todd, Clyde Fitzmaurice, Troy Emerson, and exhibits attached thereto.

DATED: May 17, 2024

*/s/ Richard L. Clifton*
Richard L. Clifton (*Pro Hac Vice* Granted)
Texas State Bar No. 24103565
rclifton@sr-llp.com
SCHMOYER REINHARD LLP
8000 IH 10 West, Suite 1600
San Antonio, TX 78230
(210) 447-8033

and

Jacob H. Naylor
Taylor D. Williams
Naylor & Hales, P.C.
950 W. Bannock Street, Suite 610
Boise, ID 83702
Phone: (208) 383-9511
Fax: (208) 383-9516
jake@naylorhales.com
tdw@naylorhales.com

**ATTORNEYS FOR UNITED PARCEL SERVICE, INC. (OHIO)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served *via email* to:

Cory R. Stegelmeier
Blake G. Hall
Sam L. Angell
Cory R. Stegelmeier
Hall Angell & Associates, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone: (208) 522-3003
Fax: (208) 621-3008
bgh@hasattorneys.com
sla@hasattorneys.com
crs@hasattorneys.com

**ATTORNEYS FOR PLAINTIFF**

on this 17th day of May, 2024.

*/s/ Richard L. Clifton*
Richard L. Clifton