# EXHIBIT B

# UPS Policy Book

# POLICY BOOK

D-HP-000972

# UPS POLICY BOOK

NAME

DATE

D-HP-000974

# PREFACE

## About the *UPS Policy Book*

This *UPS Policy Book ("Policy Book")* contains fundamental values and principles that have shaped our company culture and enabled UPS to endure. This *Policy Book* is not intended to be a comprehensive or exhaustive set of standards of conduct or behavior. Many of those standards are set forth in other UPS resources such as the *UPS Code of Business Conduct.*

This *Policy Book* is provided to you as a member of the UPS management team. It is also available to all UPS employees in various languages on UPSers.com.

The *Policy Book* should be used as a guide in your daily work. It will help you understand and share with others some of the things needed to fulfill your responsibilities—whether in operations, departments, or business units—or anywhere UPS conducts business. It also serves as a guide for us as we interact with other UPS people, customers, suppliers, shareowners, and the general public.

The *Policy Book* is not a contract of employment and does not guarantee employment for any particular period of time, or otherwise create any rights as an employee of UPS.

## The Policies

The policies are categorized into five groups that reflect the constituencies of UPS—our company, people, customers, shareowners, and communities. The policies themselves are broad-based in meaning—less descriptive of the things we do and more focused on how we conduct business. They reflect the legacy and the culture of UPS.

## Using the *Policy Book*

It is important for all UPS people to understand our culture, values, and principles and the reasoning behind them as we perform our jobs, represent UPS, and provide information to other UPS people, customers, shareholders, suppliers, and the general public. To ensure a complete understanding, we encourage discussion of our policies at business meetings and other appropriate occasions. *Policy Book* holders should feel free to make notes and record the dates of discussions in the *Policy Book*—reflecting the perspectives of others, as well as their own thoughts about specific policies.

D-HP-000975

## CONTENTS

Introduction ....................iv

Our History .................... 1

UPS's Values, Mission, and Strategy .................... 9

Our Policies .................... 13
    Policy Group 1: Our Company .................... 17
    Policy Group 2: Our People .................... 23
    Policy Group 3: Our Customers .................... 33
    Policy Group 4: Our Shareowners .................... 37
    Policy Group 5: Our Communities .................... 41

In Closing .................... 44

List of Policies .................... 45

Index .................... 49

How to Suggest Policy Book Changes .................... 53

## Introduction

This 2011 edition of the *UPS Policy Book* is the 12th printed edition since the original was printed in 1929. Previous revisions were published in 1943, 1950, 1961, 1963, 1965, 1970, 1975, 1983, 1992, and 2001. This edition reflects our latest policies as of its print date. The most current version of the *Policy Book* can be found on UPSers.com.

Like previous editions of our *Policy Book*, this version benefits from the combined thinking of our organization. Employee comments and suggestions have been considered. These contributions give this *Policy Book* a global perspective that reflects our broad array of worldwide services and provides guidance to our people in all countries.

Though individual UPS people may have their own thoughts about particular policies, we all should understand the reasoning behind each policy and support the "spirit" of its intent.

When the words "we," "us," and "our" are used in this *Policy Book*, they are intended to refer to all the people of the company, as well as to the company itself. The policies apply to all UPS people, whether they work in a region, district, country, or business unit—at any location throughout the world.

To the extent any provision(s) of this *Policy Book* is deemed by a competent authority to conflict with any applicable laws or regulations in any jurisdiction in which UPS operates, such applicable laws or regulations shall prevail.

## Our History

D-HP-000978

Can a modern industry leader bear any resemblance to a small start-up in 1907, a primarily regional carrier in the 1950s, or even an international company of the 1980s? It can, but only if during each growth stage it passes on a legacy of excellence—in leadership, purpose, and service. In short, it must value its culture.

## Our Beginnings

On a bronze plaque embedded in a sidewalk at Second Avenue and Main Street in Seattle, WA, are inscribed these words:

## Birthplace of United Parcel Service

*In August 1907, in a 6 by 17 foot office under the original sidewalk here, a few messenger boys began the business which their many thousand successors extended throughout the vast regions of our country covered by United Parcel Service today. Exemplifying the opportunities open to private citizens under the Constitution of the United States of America, this plaque was placed in January 1967, with the cooperation and appreciation of the Seattle Historical Society.*

Our original name, American Messenger Company, was appropriate for the kind of business we began in 1907. In response to telephone calls received at their office under the sidewalk, messengers ran errands and carried notes, hand baggage, and trays of food from restaurants. They also delivered packages. They traveled by streetcars and bicycles for longer trips, and later used motorcycles.

## Early Growth

Improvements in communication caused a decline in the messenger business. Our own progress was slow during the first several years, but we made up for the loss of other kinds of business by specializing more and more in the delivery of packages for retail stores.

During this early period of development, we began to consolidate packages for delivery on regular schedules.

In 1913, we acquired our first delivery car, a Model T Ford®, and on its sides we painted our new name, Merchants Parcel Delivery®. The name change reflected a shift in the primary focus of our business from messages to packages. Our business began to grow much faster, and through our strict adherence to high standards of service and personalized attention to every package handled, we built a good reputation among the stores of the city.

In 1918, three Seattle department stores disposed of their own delivery cars and turned all their packages over to UPS. We acted as their consolidated delivery department, and the distinctive characteristics of our business began to emerge. Our first expansion beyond Seattle was to Oakland, CA, in 1919. That year, this operation became the first to adopt the name United Parcel Service®. The word "United" served as a reminder that the company's operations in each city were part of the same organization; "Parcel" identified the nature of the business; and "Service" indicated what we offered.

In 1925, we started Red Arrow Bonded Messenger Corporation in Los Angeles to "handle all special deliveries for UPS customers and also to serve the public with a real messenger service." Red Arrow eventually spread to the major metropolitan areas that we served until the early 1970s. The Los Angeles office was the final outpost of Red Arrow until it closed in 1989.

By 1927, we were operating in all major cities along the U.S. Pacific Coast, and in 1930, we expanded across the continent by consolidating the deliveries of several large department stores in New York City and Newark, NJ.

In 1929, we began offering furniture delivery services to our retail customers in the major metropolitan areas we served. We discontinued the service in 1972.

In subsequent years, we established retail store service in Cincinnati, OH (1934); Milwaukee, WI (1938); Philadelphia, PA (1938); Chicago, IL (1940); Detroit, MI (1944); Minneapolis-St. Paul, MN (1946); Pittsburgh, PA (1950); Cleveland, OH (1954); Miami, FL (1957); and other metropolitan areas across the United States.

## A Tradition of Change

In 1922, we launched an experimental operation in Southern California that, many years later, was to have a dramatic effect on the growth and development of our company. That operation was our "wholesale" service. It later became our "common carrier" service.

This new service was radically different from any being offered in the United States. It incorporated many of the features and operating principles of our retail store delivery service, such as uniformed drivers, attractively painted and well-maintained vehicles, an emphasis on courtesy, daily pickups, and an insistence on meeting service commitments.

It included features not offered by other private carriers, or even by government parcel post: daily pickup, additional delivery attempts, return of undeliverables, and streamlined documentation with weekly billing. A key feature was that our service was provided at rates comparable to those of parcel post.

At first, this common carrier service was confined to a small area around Los Angeles. By 1927, it expanded to include specified highways extending approximately 100 miles to the north of Los Angeles, 60 miles to the east, and 125 miles to the south. Even this relatively small extension of territory was opposed by virtually the entire trucking industry in Southern California. During a period of more than four years, we submitted three applications before the California Public Utilities Commission (then the California Railroad Commission) before obtaining final approval.

## Extension of Area Served

In 1952, lack of growth in our retail delivery business prompted us to seek an extension of our operating authority in California. These rights were granted in 1953. Shortly thereafter, we also decided to begin common carrier operations in other cities where we could do so without additional authority from state regulatory commissions or the Interstate Commerce Commission, and to seek authority to serve more extensive areas elsewhere as the public demand for UPS service grew.

A series of unprecedented legal battles took place before regulatory commissions and the courts in an effort to obtain Certificates of Public Convenience and Necessity over areas wide enough to satisfy the constantly growing public demand for our unique type of service. During the next 34 years, we pursued more than 100 applications for additional operating authority.

The first interstate expansion of common carrier service began in 1957 and reached five states within a 150-mile radius of Chicago. In 1960, service started in New Jersey, New York, and parts of the New England states. During the 1960s, we added many more states to our common carrier territories.

In 1961, a new version of the UPS trademark was introduced—featuring the UPS shield and incorporating a package.

In 1975, we received authority from the Interstate Commerce Commission to begin interstate service to and from Montana and Utah, to extend statewide the partial service areas in Arizona, Idaho, and Nevada, and to connect these five states and the company's existing service area along the Pacific Coast with all states to the east. As a result, we became the first

package delivery company to serve every address in the 48 contiguous United States.

By 1986, we had obtained full operating rights, both interstate and intrastate, for all 50 U.S. states.

## The Milestones Continue

We also developed air services, taking advantage of our expanding ground operations for the pickup and delivery of these expedited shipments. In 1929, we became the first package delivery company to provide air service. There was too little volume to sustain the service, however, and it ended in 1931. We began offering two-day service by air in 1953 between major U.S. cities, including Chicago, Detroit, and several urban areas on the East and West coasts. The territory for this service, which became known as Blue Label Air, grew as demand increased. By 1980, Blue Label Air covered all addresses in the 48 contiguous United States and the island of Oahu, HI.

We purchased our first aircraft for use in the operations for this service in 1981 and established Standiford Field in Louisville, KY, as our air hub. When we introduced UPS Next Day Air® service in 1982, the two-day air service was renamed UPS 2nd Day Air®. The new next-day air service expanded rapidly. The air fleet was gradually expanded, and in 1988, UPS obtained authorization from the U.S. Federal Aviation Administration to take direct control of all air operations. We flew our first revenue flight in February 1988.

In early 1975, we commenced our first operations outside the United States, offering service within the Canadian city of Toronto. Subsequent expansions extended ground and air service throughout Canada.

In 1976, we began operations in Germany. We phased in service throughout the country and added domestic air service in 1989.

In 1985, we started international air service between the United States and six European countries. We now provide import and export service in more than 220 countries and territories, and domestic service in key markets around the world. And, just as in the United States in the mid-20th century, we are constantly striving to gain operating rights to expand our reach around the globe.

In 1990, we deployed the first version of the Delivery Information Acquisition Device (DIAD) that replaced the paper delivery record. We were the first carrier to capture electronic signatures and the expansion

of information-based services followed, including near real-time tracking services for both air and ground packages.

In 1992, we created UPS Worldwide Logistics, which provided consultative services to configure solutions for shippers' distribution needs.

In 1995, we expanded our tradition of stock ownership to include all employees with at least one year of service with the company.

In 1998, we formed UPS Capital® and introduced a portfolio of financial products and services.

On November 10, 1999, our company offered shares of its stock to the public. This move strengthened our company by giving us the flexibility to use a publicly traded security to make strategic acquisitions in important markets around the world.

## Enabling the World's Commerce

The first decade of the 21st century saw UPS evolve into the world's largest package delivery company and a global leader in supply chain and freight services. In 2001, we acquired Fritz Companies, a global freight forwarder and customs brokerage company. That year, we also won rights to fly to and from China six days a week and acquired Mail Boxes Etc.®, then the world's largest franchisor of retail shipping, postal, and business service centers, which was rebranded as The UPS Store® two years later.

In 2002, UPS launched UPS Supply Chain Solutions®, which now provides forwarding and logistics services in more than 175 countries and territories, including supply chain design and management; domestic and international air freight; ocean, rail, and ground freight; transportation network management; customs brokerage; and mail services.

In 2003, we introduced a new brandmark, representing an evolved UPS, and signaling to the world that our capabilities extend beyond small package delivery. We also adopted the acronym "UPS" as our formal name.

Also in 2003, we issued our first *Corporate Sustainability Report*, highlighting the importance of balancing economic, social, and environmental objectives.

In 2004, we expanded our freight forwarding and international trade services capabilities with the acquisition of Menlo Worldwide Forwarding.

UPS purchased Overnite Corporation® in 2005, beginning a new chapter in the history of both companies and changing the face of the freight industry. The following year, UPS rebranded Overnite to UPS Freight®, which provides long-haul truckload and less-than-truckload freight

D-HP-000983

services in the United States, Canada, Guam, Mexico, Puerto Rico, and the U.S. Virgin Islands.

During our centennial year of 2007, we launched several new services, including UPS Delivery Intercept®—enabling shippers to recall or redirect a package in transit—and UPS Express Critical® to meet customers' same-day and urgent shipping needs. We also introduced UPS Paperless® Invoice and international UPS Returns®, becoming the first package carrier to offer a paperless international shipping option as well as a package return capability to 98 countries and territories.

By 2010, UPS continued to expand its service by opening new facilities in Canada, China, Europe, and Puerto Rico—as technology revolutionized our operations and ability to better serve our customers through the use of smart labels, precise dispatch planning, specific sorting information, and detailed delivery data.

## Our Business Today

The UPS of today provides services far beyond package distribution. Our ground, air, and international network includes facilities such as UPS Worldport®. Located in Louisville, KY, Worldport is the largest fully automated package handling facility in the world. Our integrated network also includes the Chicago Area Consolidation Hub (CACH) in Hodgkins, IL, and state-of-the-art air hubs in Shenzhen, China, and Cologne, Germany.

Although our core focus remains the distribution of goods—and the information that accompanies these goods—we do much more.

We provide comprehensive logistics solutions to our customers so they can better serve their customers by concentrating on what they do best. From supply chain management that includes warehousing, distribution, and consultative services, to freight forwarding and brokerage services that facilitate global trade, to financial services and the flow of funds, UPS and its diversified businesses are partnering with customers to meet their individual needs.

## Our Management

Our company is guided by a Board of Directors that is committed to act in the best interests of our company, employees, customers, shareowners, and the public.

All of our organization's activities are divided among several operational and functional groups. The heads of these groups, together with our Chief Executive Officer, constitute the UPS Management Committee. The Management Committee has responsibility for the overall, day-to-day

management of our business as well as providing the many specialized corporate services necessary to support our business.

UPS's service territory is divided into regions, each led by a region manager. Each region is divided into districts and/or countries. Each district and country is, in turn, divided into divisions and operating areas. The district or country manager is responsible for all activities conducted within their operation.

# UPS's Values, Mission, and Strategy

UPS's values, mission, and strategy statements provide guidance regarding our daily decisions. They make clear our priorities and encourage us to seize new opportunities. By following these principles, our actions are aligned to meet the needs of our company, people, customers, shareowners, and communities.

## Values: Our Enduring Beliefs

- Integrity—It is the core of who we are and all we do.
- Teamwork—Determined people working together can accomplish anything.
- Service—Serving the needs of our customers and communities is central to our success.
- Quality and Efficiency—We remain constructively dissatisfied in our pursuit of excellence.
- Safety—The well-being of our people, business partners, and the public is of utmost importance.
- Sustainability—Long-term prosperity requires our continued commitment to environmental stewardship and social responsibility.
- Innovation—Creativity and change are essential to growth.

## Mission: What We Seek to Achieve

- Grow our global business by serving the logistics needs of customers, offering excellence and value in all that we do.
- Maintain a financially strong company—with broad employee ownership—that provides a long-term competitive return to our shareowners.
- Inspire our people and business partners to do their best, offering opportunities for personal development and success.
- Lead by example as a responsible, caring, and sustainable company making a difference in the communities we serve.

## UPS Enterprise Strategy

*Create Value, Transform, and Invest to Grow*

**Create value for customers using our superior portfolio of logistics capabilities**

- Demonstrate how the power of logistics can create a competitive advantage for our customers.
- Offer products and services that expand our customers' access to global markets.
- Configure our broad portfolio of solutions for targeted industries.
- Offer industry-leading technology that simplifies and improves our customers' business processes.

**Continually transform to strengthen our leadership position**

- Deliver an exceptional customer experience.
- Apply marketing and sales excellence to drive profitable growth.
- Enhance performance through quality, efficiency, and technology.

**Invest to accelerate growth in key markets and new opportunities**

- Accelerate growth by leveraging our global network and scale.
- Build our infrastructure and presence in key emerging markets.
- Expand our offerings of integrated logistics solutions.

# Our Policies

Our company is guided by certain principles that this *Policy Book* presents in the form of policies. Our reasons for having policies can be summarized as follows:

To advance our company's mission—what we strive to accomplish.

To set forth our company's philosophy—the moral and ethical principles that guide our business actions.

To preserve the unique UPS culture and environment throughout our company—to help communicate our mission and philosophy to UPSers who will reflect our culture through their actions.

To provide a guide for UPS people so their decisions and actions will reflect the best interests of our company.

Our policies are grouped in the following categories:

Policy Group 1: Our Company

Policy Group 2: Our People

Policy Group 3: Our Customers

Policy Group 4: Our Shareowners

Policy Group 5: Our Communities

Each policy is summarized in the opening statement that is printed in boldface type. To understand the policy's full intent, we should read the entire explanation following each statement.

Neither the policy's summary statement nor its explanation mandates how a policy is to be carried out.

Clearly written policies, together with the UPS values, mission, and strategy statements, provide the framework for managing our business. Defined policies are necessary for all of us to possess the same understanding of the philosophies, guidelines, and uniform practices that shape our actions.

As individuals, we do not have the authority to change or disregard any of our company's policies. We are expected to follow existing policies, even if we are not always in complete agreement with them. Our managers and supervisors are expected to lead the way for other UPS people—by word and action—to adhere to our policies. We must be careful not to misinterpret the spirit or intent of our policies. If in doubt, we should check with others for guidance.

We modify our policies as often as necessary to keep pace with advancing knowledge and changing conditions. We frequently review our policies to ensure that necessary changes are considered and to determine whether supplements are needed between major revisions.

Policy changes result from the combined thinking of all UPS people. We are encouraged to suggest changes we believe to be warranted. Instructions for suggesting changes are provided later in this *Policy Book*.

Resources such as the *UPS Code of Business Conduct* provide guidance for handling specific situations in ways that are consistent with company objectives. These materials complement principles we follow in managing our business.

Questions concerning policies that may appear to be in conflict with local laws should be directed to the Corporate Compliance and Ethics Department or the Corporate or Region Legal Department. Where a conflict may arise between local law and a policy, local law shall supersede the policy in question.

Throughout this *Policy Book*, we hope you will sense a spirit of teamwork, a commitment to render superior service, and a sincere effort to create an impartial, challenging, and rewarding environment for all UPS people.

# Policy Group 1: Our Company

## We Seek to Be Highly Regarded.

We earn and preserve a good reputation by striving for excellence in everything we do. Our business objectives are furthered when we demonstrate to those with whom we come in contact—our people, customers, shareowners, communities, and the public—that we adhere to the highest standards of quality and value.

Whenever we represent the company, either on or off the job, we conduct ourselves in a professional manner. We should avoid making negative statements about people or organizations.

## We Carefully Control the Use of Our Name by Others.

We have relationships with many parties, including agents, suppliers, business alliances, or joint marketing alliances—many in competition with one another. We carefully screen each request for the use of our name, trademarks, or photographs of our people, facilities, and equipment in advertising and promotions. This helps to ensure UPS is not perceived as showing preference or endorsing one company over another.

## We Present Our Name and Other Trademarks in a Uniform Manner.

It is extremely important to maintain the distinctiveness of our brand and protect the goodwill and reputation of our company.

We have developed and distributed guidelines that govern the use of our name, logo, and other trademarks. Detailed instructions cover usage rules for our buildings, uniforms, vehicles, drop boxes, printed or electronic materials, and other branded assets. Before any deviation from the approved style is permitted, consent must be obtained from Corporate Brand Communications.

## We Carefully Limit the Use of Our Facilities, Vehicles, and Websites for Advertising.

We display our name, shield, other UPS logos, taglines, slogans, sponsorship identification, certain legends required by law, and other corporately approved markings, in accordance with UPS policies and procedures, and when appropriate, with specific approval by the Management Committee.

## We Conduct Public Relations and Advertising Activities to Help Develop and Maintain Our Business.

An important part of our business is to provide accurate information and promote increased awareness and understanding of our company. To help

us achieve desired business results, we invest in advertising programs. We also seek cooperative and professional relations with news media representatives. To ensure the accuracy and uniformity of the messages that represent our company, we maintain centralized coordination of all public communications. If we have any concern about giving information to news media representatives, we consult Corporate Public Relations.

### We Maintain High-Quality Ground and Air Fleets.

We keep our fleets in good mechanical condition. This attention to maintenance reduces breakdowns and service delays, ensures safe performance, assists us in maintaining our appearance standards, and promotes economy and efficiency of operation. Proper maintenance also contributes to the conservation of fuel and the reduction of air and noise pollution.

We develop standards for performance and for the systematic inspection and preventive maintenance that makes this performance possible.

### We Plan and Maintain Our Buildings and Facilities for Safe and Efficient Operations.

We develop detailed plans for the design of our buildings and the installation of equipment in our facilities. We plan our buildings and facilities to comply with legal and regulatory requirements. Our plans take into consideration reasonable anticipated requirements for growth, a safe and sustainable work environment, and changing business conditions. We use specialized equipment and facilities as well as efficient and economical methods for materials handling.

### We Keep Our Buildings and Equipment Clean and Neat.

We believe that keeping our buildings and equipment clean and neat has an important effect on safety, attitude, and efficiency. Operating facilities, office buildings and grounds, and equipment that are clean, neat, and well-maintained indicate to employees, customers, and the general public that we are proud of our company.

### We Standardize Our Systems, Processes, and Procedures.

We use standard proven systems, processes, and procedures that provide consistent services throughout our enterprise. We constantly review our systems, processes, and procedures; adjust to changing conditions; and take advantage of new developments and technologies.