## We Support the Use and Protection of Technology.

We evaluate emerging technologies to identify areas that may have application in improving and enhancing our competitive position. We acquire or develop technologies that improve service to customers and our operating efficiency.

We properly maintain our technology infrastructure. We develop and implement systems, processes, and procedures to ensure the reliability and security of our technology solutions.

When we develop our own technology, we aggressively protect our investment through patents, copyrights, or confidential treatment of trade secret information.

We do not duplicate any copyrighted work without the permission of the copyright owner, nor do we improperly disclose any information shared with us confidentially.

## We Establish Risk Management Programs.

We use appropriate processes to identify, manage, and mitigate the inherent risks that affect our business.

Through our centralized Risk Management Department, we maintain the expertise needed to analyze and insure exposures of risk to our company's financial position, reputation, and ability to operate.

Additionally, we use enterprise risk management and business continuity programs to safeguard our company against significant risks that we cannot completely insure.

## We Protect Our Information.

We recognize the importance of information and treat it as a valuable corporate asset. To safeguard our confidential information, we have instituted company policies and procedures for identifying, using, retaining, protecting, disclosing, and destroying this information as appropriate. We use technical, administrative, and physical tools to assist us in protecting this information against unauthorized, unlawful, or accidental access or use. Any use or disclosure of our information assets must comply with all applicable laws and UPS policies. We share the responsibility to protect and maintain the integrity of our information assets.

## We Respect Information Privacy.

We respect the privacy of personally identifiable and other information of our employees, customers, suppliers, and business partners. We are

committed to proper handling of this information in accordance with UPS privacy policies, contractual obligations, and all applicable privacy laws. We share the obligation to observe and follow our policies and procedures concerning the collection, use, disclosure, and protection of sensitive and protected data.

## We Centralize the Appropriation of Capital Expenditures and Other Purchases.

Our appropriation policies, processes, and procedures are intended to ensure we consider such matters as availability of funds, requirements for growth, return on investment, and sound business practices when making capital and purchasing decisions.

We centralize our purchasing decisions to enable us to obtain the best value for all the goods and services we purchase.

## We Do What We Promise.

Our people, customers, shareowners, and communities expect us to meet our commitments; they will not excuse us for doing less. All those who deal with us must always feel they can rely upon our word.

The principle of never promising more than we can do applies to every phase of our business lives—as individuals and as a company.

## We Pay Our Bills Promptly.

We strive to pay suppliers, consultants, landlords, and other sellers of goods or services in accordance with negotiated payment schedules. We believe that timely payment of invoices strengthens our reputation and maintains our superior credit rating.

## We Maintain a System of Internal Auditing of Our Records, Systems, and Processes.

The system consists of internal audits of financial and business records, systems, and processes, supplemented with periodic audits by people in other departments of our organization, outside organizations, or consultants. Whenever possible, the accuracy of the work of one person is checked by the regular work of another.

## We Decentralize the Management of Our Operating Units.

To achieve greater efficiency and teamwork, we delegate appropriate decision-making authority to our business units, regions, districts, and countries. These operating units are responsible for revenue growth,

service quality, operational excellence, profitability, and people development.

Despite decentralization, we coordinate our efforts across business units, regions, districts, and countries. Our combined efforts assist in achieving our company's success, including meeting financial goals.

# Policy Group 2:
# Our People

## We Build Our Organization Around People.

Our most valuable resource is loyal and capable people. The strength of our company is our people, working together with a common purpose. All of our people, through the jobs they perform, make important contributions to our company.

## We Value Human Rights.

We believe that human rights should be recognized. We strive to ensure human rights—which address such areas as equality among people; employee well-being and security; personal freedom from persecution; and economic, social, and cultural freedom—are respected and protected in the workplace.

## We Place Great Value on Diversity.

We value the diversity that exists within our workforce, our customers, those who provide goods and services to our company, and the communities around the world in which we do business.

All UPS employees are responsible for creating a workplace of fairness, dignity, and respect for one another—and an environment of inclusion—that encourages participation and the best efforts of everyone.

## We Treat Our People Fairly and Without Favoritism.

We believe that impartiality is the foundation of a loyal, motivated workgroup. We make decisions that affect our employees in a fair and consistent manner, without actual or perceived special treatment to any individual.

## We Maintain an Environment Free of Discrimination and Harassment.

All UPS employees have the right to work in an environment free of any type of harassment and/or discrimination. Harassment and/or discrimination because of race, gender, national origin, disability, sexual orientation, gender identity, veteran or military status, pregnancy, age, religion, or other legally protected characteristic or basis, or any unlawful means, will not be tolerated. Incidents of harassment and/or discrimination must be reported immediately to the appropriate manager or through other reporting mechanisms.

## We Insist Upon Integrity in Our People.

We understand that integrity is fundamental to how we run our business and essential to maintaining compliance with our policies and legal requirements. We provide an atmosphere in which our people can perform

their jobs in an ethical manner. We present our company honestly to employees and, in turn, expect them to be honest with us.

We expect honesty from our people in all their duties, including the handling of money, property, information assets, and the preparation and approval of all reports and records.

We also expect our people to be honest in their assessment of themselves, such as the time and commitment they give to their job performance, their dealings with others, or their evaluation of their own contributions or the contributions of others.

For our company to be known for its integrity, each one of us must meet these high standards.

### We Address Each Other on a First-Name Basis.

We use first names to generate a friendly and informal atmosphere. We use titles only when necessary. Within our company, knowledge, performance, and capabilities should be adequate evidence of a person's position or leadership.

### We Promote an Open Door Approach to Managing People.

Every person should feel free to discuss matters with our management team. Employees are responsible for acknowledging delegated lines of authority and are encouraged to discuss their ideas or try to resolve a disputed matter with their immediate supervisor or manager before seeking the counsel of others.

### We Respect and Encourage Our Employees' Suggestions.

We listen with an open mind and are respectful of our employees' suggestions and opinions. We train our managers and supervisors in the skills necessary for speaking with and listening to their employees, and translating what they learn into action. We also encourage our management team to provide appropriate feedback to employees in response to ideas or suggestions they have shared.

### We Provide Employees the Ability to Report Concerns to the Company.

We encourage employees to ask questions or voice their opinions. In some cases, we require employees to report a concern about an actual, perceived, or potential violation of our legal or ethical responsibilities.

Employees may communicate their concerns by speaking to their direct manager or supervisor, by using the Open Door Policy to talk to someone else in management, including their Human Resources manager, or

someone from the function with the expertise and responsibility to address the concern. Employees may also report concerns anonymously by using the UPS Help Line. Information about the UPS Help Line is available on UPSers.com.

### We Give Each Employee Concern Prompt, Sincere Attention.

We strive to anticipate and promptly eliminate causes of concern. An employee's immediate supervisor or manager has the initial responsibility for resolving a concern. When necessary, we involve the next level of management and, if appropriate, the Human Resources Department. We keep the employee informed about the status of his or her concern.

### We Do Not Retaliate Against Employees for Reporting Concerns.

We will not retaliate against an employee acting in "good faith." Good faith does not mean that an individual has to be right; it does mean that the individual must believe that the information provided is truthful.

### We Maintain a Spirit of Teamwork.

Cooperation and teamwork among all our people are necessary for the continued success of our business. To foster this spirit, we develop meaningful, business-like relationships and open communications by having regular and frequent planned individual and group discussions, and through our daily interactions with each other.

### We Develop and Maintain Professional Relations With Employee Representatives.

We respect the right of our employees to be represented by labor unions, works councils, or other similar groups. We negotiate fairly for reasonable wage rates and working conditions.

We consider the point of view of employee representatives, along with the interests of our people, customers, shareowners, and our company as a whole.

### We Support the Development of Our People.

One of the most important responsibilities of our management team is the development of our people. We train our people in their overall job responsibilities by coaching and counseling. We expect our people to take advantage of internal and external training programs, courses, and resources made available by the company. We also provide our people

with job assignments to enhance career opportunities and broaden their work experience. These assignments may entail promotions, lateral assignments, transfers, or relocations, depending upon the needs of the employee and the company.

### We Recognize Accomplishments.

We strive to recognize our people for their accomplishments in their regular jobs and for contributions they make to other departments or business units. We recognize our people for helping to grow the business, working to achieve customer satisfaction, providing excellent service, meeting safety standards, and participating in activities that benefit their communities. All managers and supervisors are responsible for recognizing the accomplishments of people in their workgroups.

### We Conduct Regular Reviews with Our Employees About Meeting Their Business Goals.

We conduct regular reviews of each person's performance to enable us to arrive at a mutual understanding about progress toward meeting business goals and competencies. We follow up on the results of all evaluations to ensure the continued development of our people.

### We Promote From Within.

Generally, we fill management positions from within our organization. We may fill a vacancy from the outside when we decide there is a need for additional professional or technical skills and other work experience.

### We Compensate Our People Fairly.

We offer a total compensation package that includes a salary, employee benefits, and in appropriate circumstances, incentives based on the employee's qualifications, experience, merit, and other work-related criteria. We also reward our employees for their contributions to the success of our company. We provide other employee plans and programs to promote employee savings and financial stability.

### We Value Health, Wellness, and Safety.

The health, wellness, and safety of our people and the public are of utmost importance to us. We train our people to avoid injury to themselves and others in all aspects of their work. We do not tolerate unsafe work practices.

We give recognition to employees for health, wellness, and safety accomplishments. We provide programs that help promote the health and

wellness of employees and their families, and the safety of our operations.

We are committed to fostering the most effective safe practices in our work. By meeting our high safety standards and goals, we contribute to the well-being of our people, company, and the communities we serve.

### We Maintain Work Rules That Prohibit the Unauthorized Use or Possession of Alcohol or Controlled Substances While Working.

Unauthorized use of alcohol and/or controlled substances creates serious health, wellness, and safety risks in the workplace and may adversely affect employee performance and morale. The unauthorized use, sale, or possession of alcohol or controlled substances while at work, on company property, or while on company business is strictly prohibited. This prohibition also includes use, sale, or possession of illegal drugs or improper use of controlled substances.

### We Keep Employees Informed About Company Activities and Plans That May Affect Them or Their Work.

We supplement our face-to-face communications, including prework communications meetings, with print and electronic media. In addition to sharing information with our people, these communications recognize company and employee successes, encourage teamwork, and inspire our people to do their best.

### We Maintain Guidelines That Address the Employment of Relatives and Personal Relationships Between Employees.

To help maintain equal opportunity of employment and promotion, we maintain guidelines that address the employment of relatives and personal relationships among employees. These guidelines help us to avoid misunderstandings, conflicts of interest, acts of favoritism, or the perception of favoritism.

### We Are Considerate and Professional With All Applicants.

We want applicants to think well of us, whether or not we hire them. We are careful not to misrepresent or make any promises we cannot keep. We welcome referrals from employees, customers, and others who know us well, and we consider them along with other applicants.

### We Carefully Consider Rehiring Former Employees.

Former employees who left the company on good terms and contributed to the success of their workgroups are welcome to reapply. These former

employees will be considered along with other applicants. The decision to rehire a former employee should only be made with appropriate approvals.

### We Strive to Retain the Goodwill of Former Employees.

We are considerate of former employees because we know that the goodwill and respect of these former employees can be beneficial in future relationships. At the time of an employee's separation from the company, we conduct a discussion regarding the perspectives of both the individual and the company.

### We Expect Our People to Be Professional in Appearance.

A professional appearance greatly impacts the way our customers view us and how our employees interact on the job. We require all employees—those who wear UPS-issued uniforms or those who wear their own personal clothing—to maintain a professional appearance that is appropriate for their work environment.

### We Assign the Same Equipment to Each Employee Every Day Whenever Possible.

We retain flexibility in the matching of equipment to the requirements of the job. Wherever practical, the same equipment should be assigned to each employee every day.

This helps employees develop a sense of ownership for the care of equipment and to report any special attention the equipment may require.

### We Separate Business and Social Functions.

Combining social and business functions can create conflicts and misunderstandings that may adversely affect the company and our people. Family and friends are welcome at company open houses and other social events held for their benefit.

### We Actively Avoid Conflicts of Interest.

We are expected to give our undivided business loyalty to our company when conducting job-related duties. We do not place ourselves in situations that may force us to choose between our own personal or financial interests and the interests of the company. We avoid situations where our personal interests or those of family members conflict, or appear to conflict, with company interests. We also avoid situations that may impact our impartiality toward others such as suppliers, consultants, customers, or entities with business relationships or potential business relationships with UPS. We disclose conflicts, or even the

appearance of conflicts, to the appropriate manager, or through other reporting mechanisms.

### We Avoid Outside Commitments That Could Interfere With Our Obligations as Managers and Supervisors.

In keeping with our partnership concept and our overall obligations to each other and the company, we avoid involvement in outside businesses and other activities that could detract from our work or could be detrimental to the interests of the company.

We favor activities, apart from our normal work, such as volunteerism and community service.

### We Prohibit Gambling, Holding Raffles, and Similar Activities on Company Time or Property.

At best, these are unbusiness-like activities and are inappropriate on the job. They also place our people under improper pressure to spend or contribute money.

### We Prohibit Use of Company Time, Facilities, or Materials for Personal Benefit.

The use of company time, labor, supplies, equipment, tools, buildings, proprietary information, or other assets for personal benefit is prohibited.

An exception may be made only in the case of an unavoidable emergency, when there is no reasonable alternative, or with appropriate approval.

### We Reimburse Our People for Appropriate Expenditures Incurred on Behalf of the Company.

No one should gain or lose because of money spent for company purposes. We expect our people to submit a full and accurate itemized accounting of these expenditures in accordance with approved expense account guidelines.

We must use sound judgment in the completion and approval of expense accounts. Questions concerning expenses should be resolved in advance with one's manager. Approval of the expenses of those who report to us requires careful consideration.

### We Delegate Broad Authority to Our Managers.

The broad delegation of authority, subject to appropriate guidance and review with others, applies to our management team. Our managers and

supervisors have the freedom to complete their assignments within the framework of UPS policies and procedures.

We appoint people to the positions of manager and supervisor when we have confidence in their judgment and their ability to assume the responsibilities of their particular jobs. Once they have been appointed, we support them by continuing their training and by giving them the freedom to exercise their judgment and ability.

## We Expect Our Management Team to Make Informed Decisions and to Support Company Decisions.

We try to involve our managers and supervisors in the process of formulating decisions. Whether they make the decisions personally or fully agree with them, our management team has the obligation to help carry them out. We expect our management team to seek guidance where necessary to reach an informed decision.

## Policy Group 3:
## Our Customers

## We Provide Dependable Global Services.

We provide our customers with solutions for their global air, ocean, and ground transportation; distribution; supply chain management; financial; environmental and information technology requirements; and other distribution-related services.

We strive to deliver dependable services. To ensure dependability, we establish controls, conduct audits, and regularly measure our performance.

## We Strive to Understand and Meet Customers' Needs.

We seek to be responsive to the needs of our customers through a broad base of services across multiple business units. We strive to provide configurable and repeatable services as needed by individual customers. We encourage individual employees and workgroups to pursue solutions to customers' requirements.

## We Provide High-Quality Service and Excellent Value.

We fulfill our obligations to customers by providing high quality service that offers excellent value. While service level standards vary between product lines, we strive to maintain committed service levels by product and industry. We regularly review our performance against our service standards and customers' expectations.

To remain competitive, we evaluate our customers' needs and add to or modify our products and service features features as appropriate.

## We Maintain Professional Relations With Our Customers.

We establish relationships and maintain regular communications with our customers to ensure that our services are satisfactory and to help us anticipate our customers' needs. Working closely with customers builds long-term relationships that assist to establish us as business partners.

We supplement our personal communications by providing updates about our services and related information through print and electronic media.

## We Respond Promptly to All Inquiries.

We regard each inquiry as an opportunity to enhance our reputation as a reliable service provider. When our customers make inquiries or express concerns about our services, we welcome the opportunity to listen and understand our customers' perspectives.

We respond promptly to every inquiry. This makes it clear to our customers that their inquiry is receiving attention. Prompt action strengthens our customers' confidence in us.

D-HP-001011

## We Safeguard Goods Tendered to Us by Our Customers.

We recognize that when our customers entrust us with their goods, they also entrust us with their reputations. We strive to ensure that we take appropriate care and safeguard our customers' goods.

## We Settle Claims Fairly and Promptly.

We investigate and settle claims for lost or damaged goods and fraudulent charges without delay. Our best efforts should be directed toward avoiding the need for claims.

## We Provide High-Quality Information Services.

We strive to understand our customers' business to provide global information technology solutions that enhance the value of our distribution and logistics services. Our information systems aim to provide customers with a competitive advantage. Our goal is to provide information that is secure and easily integrated by customers. We know that our customers value information when it is reliable, relevant, and timely.

## We Safeguard Confidential Information of Our Business Partners.

We understand the importance of properly protecting the confidential information of our business partners, including customers, suppliers, and other third parties with whom we do business. We have an obligation to handle confidential information appropriately, using it only for business purposes and as authorized, according to any legal standards, agreements, or contractual provisions. We should follow appropriate UPS policies and procedures that address our responsibilities concerning such information.

## We Do Not Accept or Offer Gifts, Favors, or Hospitality When the Possibility or Even the Appearance of Improper Influence Exists.

Appropriate gift giving and hospitality can serve to build goodwill and sound working relationships. However, this behavior should never be done at a level, or with the intent, that may be construed as creating an obligation, exerting improper influence, or creating liability for the company.

We expect our people to exercise good judgment—consistent with our gift-giving policy—to set a proper example and to seek guidance, when necessary, for their own conduct.

## Policy Group 4:
## Our Shareowners

## We Select UPS Managers and Non-Employees for Our Board of Directors.

UPS managers who are appointed as members of our Board of Directors bring long-term and varied experience in the major functions of our company. Our non-employee directors assist to broaden the range of experience and specialized skills of the Board and to supplement the specialized skills of our employee directors. These non-employee directors bring to their job a breadth of experience and knowledge that provides invaluable and diverse perspectives.

## We Manage Our Company to Create Value for Shareowners.

We create value in the marketplace through our logistics capabilities, technology, and the UPS brand. Our financial strategy emphasizes sound capital structure, operational cash flow plans, credit rating, dividend policy, and share repurchase.

Our efforts are focused on enhancing long-term value to our shareowners. We reinvest our earnings to meet the future growth needs of our company. We reinvest our cash to reduce our reliance on external debt funding and to assist us in maintaining our capital structure. The reinvestment of our earnings is a priority of our financial strategy, which includes share repurchases and careful consideration of returning cash to shareowners in the form of dividends.

## We Encourage Ownership of Our Company by Our Employees.

Much of the success that UPS has attained over the years can be attributed to our policy of employee ownership. We strongly encourage our active employees to participate in the equity ownership of UPS. It is our goal to have employees share in the success of the company. We have created plans to reward and encourage further participation as shareowners. We also provide designated programs for employees to purchase shares from the company.

## We Encourage Our Managers to be Long-Term Shareowners.

We believe that ownership in UPS fosters a strong commitment to the success of our company. This ownership interest sustains engagement of our employees and encourages them to make good decisions while performing their jobs.

D-HP-001015

That belief is reflected in our tradition of issuing company stock as part of our management compensation plans. Members of the UPS management team who receive stock awards are encouraged to maintain their investment in the company, in accordance with established ownership guidelines. We may also grant additional incentives to our management team for maintaining certain levels of company stock.

### We Establish Financial Objectives in the Management of Our Company Strategy.

We establish both short-term and long-term financial goals for revenue growth, operating margin, operating profit growth, and return on capital for each of our business units.

Our goal is to create quality earnings growth over the long-term, resulting in increased value to shareowners.

### We Strategically Expand Our Global Business.

We seek to grow our global logistics business. We strive to create value for our customers by enhancing our capabilities and improving our service and performance. We look for opportunities to expand into new markets and we evaluate the impact of our expansion to our company, people, customers, shareowners, and communities.

### We Control Disclosure of Confidential Company Information.

We comply with the rules and regulations of the U.S. Securities and Exchange Commission and other regulatory bodies regarding public disclosure of current financial results and other information that may have an impact on future results.

We limit and control distribution of confidential information, which includes financial results not yet released to the public.

We maintain both Investor Relations and Public Relations departments that are responsible for distributing regulated information to the public in the appropriate manner and at the appropriate times.

## Policy Group 5:
## Our Communities

## We Operate Our Business in a Sustainable Manner.

We operate our business to achieve a balance of economic prosperity, social responsibility, and environmental stewardship. We believe our economic well-being benefits society by enabling us to provide jobs, pay taxes, and donate to charity. We support government agencies, nonprofit organizations, and other groups in the work that they do in their communities around the world.

## We Strive to Protect the Environment for Our People and Our Communities.

We consider the environmental impact of our business and operations. Our responsibility for the environment ranges from the construction, maintenance, and operation of our facilities to the maintenance and operation of our fleets—both ground and air—to the conservation of resources.

In an effort to maintain a leadership role in protecting the environment, we continually strive to improve technology and environmental performance. All our people are responsible for pollution prevention, resource conservation, and compliance with applicable environmental laws and regulations.

We comply with current and applicable regulatory and government agency requirements and seek to anticipate and lead in complying with such requirements.

## We Encourage Participation in Appropriate Associations.

It is important that we express our interests in matters of public policy and industry standards and practices.

We carefully weigh the benefits and obligations of any organization before joining. Once committed, we continually monitor our involvement to ensure that our interests are being properly represented and that the resources we commit are being used wisely. We join associations only with the specific approval of the appropriate manager.

We seek to maintain cordial relationships with associations whose views are important to us, even when it is inappropriate for us to be members. These include organizations of our customers, regulatory officials, suppliers, and others.

We encourage membership in professional organizations when participation benefits members in their work. In general, we join chambers of commerce and other civic organizations in areas where we have facilities.

## We Represent Our Interests Concerning Governmental Actions.

We present our viewpoint regarding legislation and regulations to appropriate levels of national and local government. We maintain an active program to inform government officials of our views, our business, and the benefits that the public derives from our service.

## We Support Participation in Political Processes.

We comply with national and local laws governing company involvement in political processes. While we support participation in political processes, we do not impose political preferences on others, including the display of political emblems. Likewise, we do not allow political signs, banners, or other materials to be displayed on company-owned property or vehicles. We expect our employees to govern their personal behavior at the workplace in the same manner.

## We Are Committed to Being a Good Corporate Citizen.

Our philanthropy and community involvement help UPS fulfill its responsibility as a good corporate citizen. The UPS Foundation grants funds to nonprofit organizations involved in work that is aligned to the strengths of the company and where we can combine dollars, assets, intellectual capital, and the volunteer spirit of our people. The UPS Foundation and its Board of Trustees determine the focus areas for this funding.

A significant portion of The UPS Foundation's funds are made available to our regions, districts, and business units to invest in local charities in their communities. This encourages our people in every part of the world to assess community needs, recommend grants, and engage with effective local organizations. We also encourage the active participation of our employees in volunteer activities and community service. Such activities should take place outside of normal business hours unless they are part of a company-sponsored event or approved in advance by one's manager.

## We Support Selected Employee Giving Programs.

As a corporation, we support the United Way's annual solicitation and cooperate in limited ways with certain other charitable fundraising agencies. The United Way solicitation enables our employees to make a voluntary, once-a-year contribution to an organization representing many charitable groups.

Employee contributions are made on a private and personal basis, however, and should not be achieved by pressure.

With the exception of the United Way solicitation, we do not permit use of our company's name or stationery to solicit charitable contributions from people either inside or outside our company without special approval.

D-HP-001020

## In Closing

Nearly everything in this *Policy Book* concerns people. Nothing we do or hope to do can be accomplished without their support. Only with this support can our management team—working within the framework of our strong culture—fulfill its responsibilities in ways that will ensure meeting our objectives.

The *Policy Book* can be an effective tool in mentoring employees and continuing our legacy. It is important for each manager and supervisor to periodically review our policies, share them with other UPS people, and live up to their intent every day.

# LIST OF POLICIES

## POLICY GROUP 1: OUR COMPANY

We Seek to Be Highly Regarded....18
We Carefully Control the Use of Our Name by Others....18
We Present Our Name and Other Trademarks in a Uniform Manner...18
We Carefully Limit the Use of Our Facilities, Vehicles, and Websites for Advertising....18
We Conduct Public Relations and Advertising Activities to Help Develop and Maintain Our Business....18
We Maintain High-Quality Ground and Air Fleets....19
We Plan and Maintain Our Buildings and Facilities for Safe and Efficient Operations....19
We Keep Our Buildings and Equipment Clean and Neat....19
We Standardize Our Systems, Processes, and Procedures....19
We Support the Use and Protection of Technology....20
We Establish Risk Management Programs....20
We Protect Our Information....20
We Respect Information Privacy....20
We Centralize the Appropriation of Capital Expenditures and Other Purchases....21
We Do What We Promise....21
We Pay Our Bills Promptly....21
We Maintain a System of Internal Auditing of Our Records, Systems, and Processes....21
We Decentralize the Management of Our Operating Units....21

## POLICY GROUP 2: OUR PEOPLE

We Build Our Organization Around People....24
We Value Human Rights....24
We Place Great Value on Diversity....24
We Treat Our People Fairly and Without Favoritism....24

D-HP-001022

We Maintain an Environment Free of Discrimination and Harassment........24
We Insist Upon Integrity in Our People........24
We Address Each Other on a First-Name Basis........25
We Promote an Open Door Approach to Managing People........25
We Respect and Encourage Our Employees' Suggestions........25
We Provide Employees the Ability to Report Concerns to the Company........25
We Give Each Employee Concern Prompt, Sincere Attention........26
We Do Not Retaliate Against Employees for Reporting Concerns........26
We Maintain a Spirit of Teamwork........26
We Develop and Maintain Professional Relations With Employee Representatives........26
We Support the Development of Our People........26
We Recognize Accomplishments........27
We Conduct Regular Reviews with Our Employees About Meeting Their Business Goals........27
We Promote From Within........27
We Compensate Our People Fairly........27
We Value Health, Wellness, and Safety........27
We Maintain Work Rules That Prohibit the Unauthorized Use or Possession of Alcohol or Controlled Substances While Working........28
We Keep Employees Informed About Company Activities and Plans That May Affect Them or Their Work........28
We Maintain Guidelines That Address the Employment of Relatives and Personal Relationships Between Employees........28
We Are Considerate and Professional With All Applicants........28
We Carefully Consider Rehiring Former Employees........28
We Strive to Retain the Goodwill of Former Employees........29
We Expect Our People to Be Professional in Appearance........29

We Assign the Same Equipment to Each Employee Every Day Whenever Possible ....29

We Separate Business and Social Functions ....29

We Actively Avoid Conflicts of Interest ....29

We Avoid Outside Commitments That Could Interfere With Our Obligations as Managers and Supervisors ....30

We Prohibit Gambling, Holding Raffles, and Similar Activities on Company Time or Property ....30

We Prohibit Use of Company Time, Facilities, or Materials for Personal Benefit ....30

We Reimburse Our People for Appropriate Expenditures Incurred on Behalf of the Company ....30

We Delegate Broad Authority to Our Managers ....30

We Expect Our Management Team to Make Informed Decisions and to Support Company Decisions ....31


POLICY GROUP 3: OUR CUSTOMERS


We Provide Dependable Global Services ....34

We Strive to Understand and Meet Customers' Needs ....34

We Provide High-Quality Service and Excellent Value ....34

We Maintain Professional Relations With Our Customers ....34

We Respond Promptly to All Inquiries ....34

We Safeguard Goods Tendered to Us by Our Customers ....35

We Settle Claims Fairly and Promptly ....35

We Provide High-Quality Information Services ....35

We Safeguard Confidential Information of Our Business Partners ....35

We Do Not Accept or Offer Gifts, Favors, or Hospitality When the Possibility or Even the Appearance of Improper Influence Exists ....35

### POLICY GROUP 4: OUR SHAREOWNERS


We Select UPS Managers and Non-Employees for Our Board of Directors........38
We Manage Our Company to Create Value for Shareowners........38
We Encourage Ownership of Our Company by Our Employees........38
We Encourage Our Managers to be Long-Term Shareowners........38
We Establish Financial Objectives in the Management of Our Company Strategy........39
We Strategically Expand Our Global Business........39
We Control Disclosure of Confidential Company Information........39


### POLICY GROUP 5: OUR COMMUNITIES


We Operate Our Business in a Sustainable Manner........42
We Strive to Protect the Environment for Our People and Our Communities........42
We Encourage Participation in Appropriate Associations........42
We Represent Our Interests Concerning Governmental Actions........43
We Support Participation in Political Processes........43
We Are Committed to Being a Good Corporate Citizen........43
We Support Selected Employee Giving Programs........43


D-HP-001025

# Index


A

Accomplishments
  Employees 27
  Recognition of 27
Advertising
  Limits 18
  Programs 19
  Screening of 18
  To develop business 18
Aircraft acquisition
  Initial 5
Air service
  Blue Label Air 5
  Initial 5
  UPS 2nd Day Air 5
  UPS Next Day Air 5
Alcohol 28
Alliances 18
American Messenger Company 2
Appropriation 21
Associations 42
Audit
  Internal 21

B

Birthplace of UPS 2
Board of Directors 7, 38
Brokerage services 7
Buildings 19
Buildings and facilities 19

C

Capital expenditures 21
Career opportunities 27
Centennial 7
Charitable contributions 43
Claims 35
Coaching 26
Communications 28
Community service 30, 43
Company name
  Use of 18
Company property 30
Compensation 27
Confidentiality 20, 35, 39
Conflict 29
Conflict of interest 28, 29
Consolidated delivery 3
Contributions
  Financial. *See* United Way
  People 24
Controlled substances 28
Cooperation 26
Corporate citizen 43
*Corporate Sustainability Report* 6
Culture ii, 2, 14, 44
Customer inquiries 34
Customer relations 34
Customer satisfaction 27. *See also* Promises
Customer service 7, 10, 27

D

Debt 38
Decentralization 21, 22
Decision making 14, 21, 31, 38
Delivery 4, 5
  Multiple attempts 4
  Rates 4
  Undeliverables 4
Delivery Information Acquisition Device (DIAD) 5
Delivery service 3
  Common carrier 3, 4
  Retail stores 2
Delivery vehicles 3, 18, 19
Development 26
Dignity 24


D-HP-001026

Disclosure 39
Discrimination 24
Disputes 25
Distribution 7, 34, 35
District 8
Diversity 24
Dividends 38
Divisions 8

**E**

Efficiency 10, 21
Electronic signature 5
Emergency 30
Employee contributions. *See* Charitable contributions
Employee savings 27
Employee suggestion 25
Employment 28
Environment 10, 42
Equipment 19, 29
Ethical 14, 25
Evaluation 27
Excellence 22
Expansion of service area 3, 39
Expenditures 30
Expense account 30

**F**

Fairness 24
Family 28, 29
Favoritism 24, 28
Favors 35
Federal Aviation Administration 5
Feedback 25
Financial
  Goals 22
  Results 39
  Strategy 38. *See also* Invest
  Strength 10
First-name basis 25

Forwarding. *See* Freight services
Freight services 6, 7
Fritz Companies 6
Fundraising 43

**G**

Gambling 30
Gifts 35
Global services 34, 39
Good faith 26
Governmental action 43
Grants 43
Growth and expansion 2, 3, 4, 5, 7, 10, 11, 21, 38
  International 5, 6
Guidance iv, 10, 14, 15, 30, 31, 35
Guidelines 28

**H**

Harassment 24
Hire 28
Honesty 25
Hospitality 35
Hubs 5, 7
Human Resources 25, 26
Human rights 24

**I**

Illegal drugs 28
Impartiality 24, 29
Import and export service 5
Information privacy 20
Information protection 20
Information services 35
Injury 27
Innovation 10
Integrity 10, 24
International trade services 6
Interstate Commerce Commission 4
Invest 11, 38
Investor Relations 39

D-HP-001027

Case 4:22-cv-00381-AKB Document 37-5 Filed 05/17/24 Page 32 of 37



**L**

Leadership 11, 25, 42
Logistics 6, 7, 11, 35, 38, 39
Logo 18
  Shield 4, 18

**M**

Mail Boxes Etc 6
Maintenance 19
Management 7, 8, 25, 26, 31, 39
  Authority of 30
Media 19
Membership 42
Menlo Worldwide Forwarding 6
Merchants Parcel Delivery 2
Messenger service 2, 3
Mission 10, 14

**N**

Non-employee 38
Nonprofit organization 43

**O**

Open Door 25
Operating rights 4, 5
Operating unit 21
Original name of UPS 2
Overnite Corporation 6
Ownership. *See* Shareowners

**P**

Partners 30, 34, 35
Payment of invoices 21
Performance 27, 28, 34, 39, 42
Philanthropy 43
Philosophy 14
Pickup 3, 4, 5
Policies 14, 18, 20, 25, 31, 35, 44
  Definition of ii
Policy Book
  Definition ii
  Use of ii, 44
Policy categories 14
Policy changes 15
Political process 43
Pollution 42
Privacy policies 21
Procedures 19
Processes 19
Professionalism 18, 26, 28, 29
Profitability 22
Progress 2
Promises 21
Promotion 27, 28
Public Relations 19, 39
Purchasing 21

**Q**

Quality 10, 18, 19, 22, 34

**R**

Raffles 30
Real-time tracking 6
Recognition
  Accomplishments 27
  Contributions 27
  Employees 27
  Responsibility of 27
Red Arrow Bonded Messenger Corporation 3
Referrals 28
Rehiring 28
Reimbursement 30
Reinvestment 38
Relationships 28, 29
Relatives 28
Reliability 20
Relocation 27
Reporting 24, 25, 26, 29, 30
Reputation 18, 21, 34, 35
Respect 24, 25, 29
Responsibility
  Job 26
  Of managers 30
  Of supervisors 27

D-HP-001028

Retail stores 2, 3, 4
Retaliation 26
Returns 7
Revenue 5, 21, 39
Reviews 27
Risk management 20

S

Safety 10, 27, 28
Securities and Exchange Commission 39
Security 20
Service 3, 6, 34, 39
  Standards of 2, 34
Shareowners 38
  Employee ownership 6, 10, 29
  Public ownership 6
Solutions 34
State regulatory commissions 4
Stock 39. *See also* Shareowners
Strategy 10, 38, 39
  Enterprise 11
Success 10, 22, 26, 27, 28, 38
Suggestions 25, 53
Suppliers 29, 35, 42
Supply chain 6, 7, 34
Sustainability 10, 19, 42
Systems 19

T

Teamwork 10, 15, 21, 24, 26, 28
Technology 7, 20, 34, 35, 38, 42
Third parties 35
Titles 25
Trademark 18
  Introduction 4
  Use of 18
Training 25, 26, 27
Transform 11
Trust 35

U

Uniforms 3, 18, 29
Unions 26
United Parcel Service
  Explanation 3
  Name 3
United Way 43
UPS 2nd Day Air 5
UPS Capital 6
*UPS Code of Business Conduct* 15
UPS Delivery Intercept 7
UPSers.com ii, iv, 26, 53
UPS Express Critical 7
UPS Foundation, The 43
UPS Freight 6
UPS Help Line 26
UPS Management Committee 7, 18
UPS Next Day Air 5
UPS Paperless Invoice 7
UPS Returns 7
UPS shield 4. *See also* Logo
UPS Store, The 6
UPS Supply Chain Solutions 6
UPS Worldport 7
UPS Worldwide Logistics 6

V

Value 11, 38
Values 10
Volunteering 30, 43

W

Works councils 26

D-HP-001029

## How to Suggest *Policy Book* Changes

You may submit suggestions to the *Policy Book* by sending an e-mail to **upspolicybook@ups.com**, by visiting the Our Company page on UPSers.com, or by housemail using the form below.

Housemail: **The UPS Policy Book Review**
**Corporate Compliance and Ethics Department**
**55 Glenlake Parkway, NE**
**Atlanta, GA 30328**
**USA**

***Policy Book* Suggestion Form**

I recommend the following change(s) be made to the *UPS Policy Book*:

Policy (include page number): ______________________________

____________________________________________________________

____________________________________________________________

Comments: __________________________________________________

____________________________________________________________

____________________________________________________________

Suggested new wording: ______________________________________

____________________________________________________________

____________________________________________________________

Policy (include page number): ______________________________

____________________________________________________________

____________________________________________________________

Comments: __________________________________________________

____________________________________________________________

____________________________________________________________

Suggested new wording: ______________________________________

____________________________________________________________

____________________________________________________________

D-HP-001030

PROUDLY PRINTED ON GREEN SEAL CERTIFIED PAPER
MOHAWK
manufactured with windpower

NEW LEAF PAPER
manufactured with wind power

The *Policy Book* is not a contract of employment and does not guarantee employment for any particular period of time, or otherwise create any rights as an employee of UPS.

© Copyright 2011 United Parcel Service of America, Inc.
UPS and the UPS brandmark are registered trademarks of United Parcel Service of America, Inc.
All rights reserved. English Version 01890370069[illegible] (Revised 10/2011)
Printed on 100% recycled paper in the USA.

D-HP-001033