# EXHIBIT G

**SCHMOYER REINHARD LLP**
Richard L. Clifton (*Pro Hac Vice* granted)
Texas Bar No. 24103565
8000 IH 10 West, Suite 1600
San Antonio, TX 78230
(210) 447-8033

Tyler D. Williams [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tdw@naylorhales.com

**ATTORNEYS FOR DEFENDANT**
**UNITED PARCEL SERVICE, INC. (OHIO)**

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HEIDI H. PECK; an individual;<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. an Ohio Corporation,<br><br>*Defendant.* | **CASE NO. 4:22-CV-00381-CWD**<br><br>**DECLARATION OF CLYDE FITZMAURICE** |

My name is **Clyde Fitzmaurice.** I am of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein.

1. I am a current employee of United Parcel Service, Inc. ("UPS"). In my position as district security director, Oversees Mountain Security Territory, Northwest District, which includes, Wyoming, Montana, and Idaho.

2. In my capacity as security director, I supervise 31 security investigators and review security investigations before they are submitted to the appropriate management or human resources personnel at UPS. What triggers my review is typically the scope of the investigation or the subject material of the investigation.

3. I reviewed the May 2021 investigation conducted by William Joiner into misreporting of service failures at the Rexburg, ID, facility under business manager Heidi Peck. Clay Holloway was not involved in that investigation in any capacity. Peck was interviewed during that investigation. She did not request HR be present at any point. Even if she had, there is no policy allowing an employee to demand HR be present during a security investigation.

4. That investigation substantiated a practice of misreporting service failures at the Rexburg facility, and from witness interviews, that the practice was occurring as a regular practice at the facility.

5. I reviewed the second August 2021 investigation conducted by Clay Holloway into misreporting of service failures at the Idaho Falls, ID, facility, which was also under the supervision of business manager Heidi Peck.

6. That investigation substantiated that a similar practice of misreporting service failures at the Idaho Falls facility was ongoing, and from witness interviews, that the practice was occurring with Peck's active direction or passive consent.

7. Security began an investigation into Clay Holloway in July 2022, after Holloway claimed to his supervisor via text message that he had been present during a witness interview on a matter unrelated to Peck in June 2022, when in fact, he had not been present during the interview.

8. In July 2022, I personally conducted a second quality control review of Holloway's prior investigations, including the second August 2021 investigation into Peck. There were no irregularities in the investigation and there were signed witness statements substantiating the interviews. I found no impropriety in that investigation. As director of security, I found it to be a thorough investigation.

9. Drivers report the delivery or failure to deliver each and every package that is loaded onto their vehicle through the use of a handheld computer system called a Delivery Information Acquisition Device, known as a DIAD. On-road supervisors, who supervise drivers, can direct the driver

10. Service failures damage UPS reputation among shippers who rely on UPS to deliver packages to their customers, as well as members of the public relying on their service.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2024.

Clyde Fitzmaurice