# EXHIBIT H

## Incident

| | | | |
|---|---|---|---|
| Incident Date: | 10 May 2021 | Incident Time: | 17:08 |
| System Date: | 13 May 2021 | SLIC: | 8346 - REXBURG (8327) |
| Creator: | William Joiner | Location: | At Facility |
| Recommended Investigator: | William Joiner | Status: | Closed - 21-MTN-0183 |
| Incident Type: | Falsify Delivery Record | Value (USD): | $0.00 |
| Local Value: | 0.00 | Currency Type: | US Dollar |
| Security Function: | Small Package | | |

| | | | |
|---|---|---|---|
| Reported By: | William Joiner \| 3926180 \| crn9dfn | Title: | Security Supervisor |
| | | Phone: | 907-205-6030 |

| | | | |
|---|---|---|---|
| Location Desc: | At Facility | | |
| Map Link: | View | Location Type: | At Facility |
| Latitude: | 43.857343 | Longitude: | -111.764621 |

Description:
Security was notified of an Ethics Point concern #2021-5-31110 out of the Rexburg center. The concern stated that service providers were instructed by management to sheet packages that were misloaded on vehicles as future deliveries due to missort or missflow of the package.

## Subject - KENNY D CORSI

| | | | |
|---|---|---|---|
| Type: | UPS - Supv Operations | Employee ID: | 0903159 |
| Address: | 3892 TAYLORVIEW LN<br>AMMON, ID US 83406 | Telephone: | 2082411661 |
| Status: | Full-Time | Job Description: | 09 Management |
| Operation Type: | 02 Package | Sort Type: | Day |
| Job Type: | Full-Time | Employment Date: | 22 Nov 1999 |
| Union Type: | Non-Union | Job Date: | 21 Nov 2007 |
| Comments: | On Road Supervisor | | |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*



CONFIDENTIAL

## Interviews

| | | | |
|---|---|---|---|
| Interview Type: | 01 Fact Finding | Interviewer: | William Joiner |
| Interview Date: | 27 May 2021 | | |

Summary:

Kenny Corsi- On Road Supervisor (Interviewee)
Maegan Ferguson- Security Supervisor (Interviewer)
Bill Joiner-Security Supervisor
Lori Atkinson-HR Representative
Steve Johns-IE
Interview start: 8:00am 05/27/2021
Policy review and introductions- Kenny acknowledged
Bill asked Kenny how long he has been with UPS and what his position does. Kenny said
Bill asked Kenny to walk him through the process of a misload. Kenny said the driver would scan the package as misload or call the center and report it to the center. Kenny said then the OMS tries to get it reattempted the next day or have the driver deliver it. Kenny said on some of the rural routes the package gets delivered the next day after speaking to the customer. Kenny said then the package gets scanned as missed. Bill asked what the driver would scan the package as for a misload. Kenny said the new system allows for the drivers to say if they are going to deliver the package or not. Bill asked if there is a time a driver may use a different scan. Kenny said he wasn't sure. Steve clarified the process Kenny explained is to communicate with the center that they have a misload. Bill asked what the next step is. Kenny said the driver either delivers it or sheets it missed. Steve asked what happens if the customer is contacted. Kenny said they write down the name of the person they talk to and if the customer is ok with the package getting delivered the next day.
Bill asked when Kenny last worked at Rexburg. Kenny said September then November to January or so. Bill asked who was the OMS when Kenny was there. Kenny said Suzanne Patchett.
Bill asked who taught Kenny this process. Kenny said it came from the time Phil Taylor. Bill asked who trained Kenny. Kenny said Tom Yates.
Bill shared his screen and asked Kenny if the misflow is the right process. Kenny asked what a misflow is. Steve explained it's the hub version of missort. Kenny said they have been instructed to use that when the salt lake trailer tail loads Rexburg on an Idaho Falls trailer and we cent deliver it.
Steve asked if the center is calling the customer and asking if we can future the package. Kenny said yes. Steve asked why the packages are being future for 1 day. Kenny said he wasn't sure. Steve explained the misflow shows it was at the wrong location and that is not the correct process. Steve said he has gone through accuracy of reporting and integrity or reporting and he can't see that there is anything in there saying its ok for us to call the customer and request to future their packages.
Bill asked why Kenny thought the center is doing this. Kenny said he thinks it's because the customer gives them permission. Bill asked if the center was doing this when Kenny was there. Kenny said from what he could recall. Bill asked what doing the process this way would do to center stats. Kenny said he hasn't seen misflow before. Steve asked Kenny if it's possible for a center to have only 2 missed for a whole year. Kenny said no.
Bill asked why everything is showing future and not missed. Bill asked if this has been occurring the entire time Kenny has been at the Rexburg center. Kenny said yes and that it's been the process for visibility to ask the customer to future their package. Bill asked if Kenny sees the issue. Kenny said yes it looks like integrity issues. Steve asked why we would be having our OMS's calling our customers to ask if it's ok if we deliver their package the next day. Kenny said he didn't realize that the customer got the notification through the my choice system. Bill clarified that Kenny understood the process. Kenny said he did. Steve asked if Kenny has instructed a driver to scan a package without talking to a customer. Kenny said no he has not.
Interview ended-7:55am

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*

## Subject - JAKE K MASON

| | | | |
|---|---|---|---|
| Type: | UPS - Hourly | Employee ID: | 4948438 |
| Address: | 218 FORT HENRY LOOP<br>REXBURG, ID US 83440 | Telephone: | 2083172172 |
| Status: | Part-Time | Job Description: | 01 Package Handler |
| Operation Type: | 02 Package | Sort Type: | Local Sort |
| Job Type: | Part-Time | Employment Date: | 18 Nov 2016 |
| Union Type: | Teamsters | Job Date: | 17 Sep 2018 |
| Comments: | Loader/Unloader PM, CC Clerk | | |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*

## Interviews

| | | | |
|---|---|---|---|
| Interview Type: | 01 Fact Finding | Interviewer: | William Joiner |
| Interview Date: | 26 May 2021 | | |

Summary:

Jacob Mason- Local Sort Clerk (Interviewee)
Maegan Ferguson- Security Supervisor (Interviewer)
Bill Joiner-Security Supervisor
Shop Steward Waiver Signed
Interview start: 4:32pm 05/26/2021
Policy review and introductions- Jacob (prefers Jake) acknowledged
Bill asked Jake what he does at UPS. Jake said he is a local sort clerk and has been with UPS for 4 years in September. Jake said he has done several positions since being with UPS and has been a clerk for roughly 4 years. Jake says he does the customer counter, international imaging and small sort.
Bill asked what being a customer counter clerk entails. Jake said he does a lot of Amazon returns. Jake says he gets there at 4:30 and the counter closes at 5:30pm. Bill asked what time Jake is done with his shift. Jake says typically 7:30-8pm. Bill asked what Jake does in the between time from the counter to the end of his shift. Jake said he does international imaging and goes out to sort smalls.
Bill asked what Jakes RACF ID is. Jake said Tzc9vlv. Jake also said that other clerks use his log in information on the preload as well. Jake said the current exception clerk is Jarred Darrington. Jake said he covered for Jarred about 3 weeks ago.
Bill asked who instructed Jake to scan packages as a future or misflow. Jake said the previous local sort sup, Braden Corbridge that trained him. Jake said typically they call the customer and let them know we have a misload and the package would be delivered the next day. Bill asked if Jake knows what the correct process is. Bill asked how many packages Jake futures a day. Jake said it can vary but he has seen as many as 60 a day last week. Bill asked why Jake thought there was that many misloads. Jake said they changed the route name to numbers and letters which caused a big issue. Jake said it was changed to the area the driver's route is in now which seemed to help.
Bill asked if Jake knew of any other exceptions that are being used to cover up misloads. Jake said not that he knows of. Bill asked how long this has been going on. Jake said it's been 2-3 years and he's just been told to do it that way. Jake said there has never been any clear instruction on how to do the misloads. Bill asked who instructed the clerks to scan them that way. Jake said sometimes it's the drivers or it's the local sort supervisor. Bill asked who the local sort sup is. Jake said Skylar Steeves.
Bill asked if he was instructed to give out his log in information. Jake said no but no one else has access and that they use his barcode for the local sort scanners. Jake said he did give it to them so others had access. Bill instructed Jake to change his password tonight and to not give it out to anyone. Jake said he has reported it to Kenny and possibly Dustin that barcodes need to be made for other employees for the scanners. Jake said it hasn't changed and it's been about a year. Jake said there has been times that an HM 10 came in and he was off that day but got in trouble for it because his log in info was used.

Bill asked if Jake would be willing to provide a statement. Jake agreed.
Interview ended-5:00Pm

## Subject - HEIDI PECK

| | | | |
|---|---|---|---|
| Type: | UPS - Mgr Operations | Employee ID: | 1693253 |
| Address: | 442 TRYALL CIR<br>IDAHO FALLS, ID US 83401 | Telephone: | 2084198880 |
| Status: | Full-Time | Job Description: | 09 Management |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*

| | | | |
|---|---|---|---|
| Operation Type: | 02 Package | Sort Type: | Day |
| Job Type: | Full-Time | Employment Date: | 18 Aug 2004 |
| Union Type: | Non-Union | Job Date: | 22 Sep 2010 |
| Comments: | Rexburg Center Manager | | |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*



**CONFIDENTIAL**

## Interviews

| | | | |
|---|---|---|---|
| Interview Type: | 01 Fact Finding | Interviewer: | William Joiner |
| Interview Date: | 28 May 2021 | | |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*

Summary:

Heidi Peck- Center Manager (Interviewee)
Bill Joiner - Security Supervisor (Interviewer)
Maegan Ferguson -Security Supervisor
Rebekah Mulloy-Security Manager
Lori Atkinson-HR Representative
Steve Johns-IE
Interview start: 12:00pm 05/28/2021
Policy review and introductions- Heidi acknowledged
Bill asked how long ling Heidi has been with UPS. Heidi said she started as a preloader and went through being a driver and on road sup before becoming a center manager. Heidi has been with UPS for 18 years.
Bill asked Heidi to walk through a NI1 process. Heidi said the package is left on the truck to go out the next day. Bill asked about a signature required process. Heidi said
Bill asked how do drivers handle a misload. Heidi said they deliver it, NI1 or future if they contacted the customer or it was sheeted missed. Heidi said she did a PCM at the Rexburg center 2 weeks ago with the drivers on this.
Bill shared his screen and showed all of the scans showing misflow. Bill asked Heidi if she knows what a misflow is. Heidi said she thought it was something similar to a missort. Bill asked if Heidi had noticed the centers using this scan. Heidi said she had not. Bill asked if Heidi was aware of the local sort clerk using this exception. Heidi said she was not. Bill said the clerks have said this has been the package for the last 5 years. Heidi said that wasn't the way she was trained. Heidi said she was trained to attempt to contact the customer to get approval to future the package or to sheet it as missed. Bill explained the correct process for delivering misloads.
Bill showed Heidi the on road package exception guideline. Heidi said she probably has seen it. Bill asked Heidi if she knew about the misload issue in Rexburg. Heidi said yes that ORS Dustin came to her and said there was a big issue with misloads. Heidi explained that the change in route names caused a big issue with misloads.
Bill asked who reviewed the preload with Heidi. Heidi said Brian Keith came out and walked the belt line with her and identified several issues like the peel and stick method and writing the HIN number on the package.
Bill asked who taught Heidi the process to future misloads. Heidi said that's how she was trained with Tom Yates. Heidi said it didn't seem out to the norm for her to call the customer. Bill asked Heidi why no other centers in the division has the same issue as Rexburg. Heidi said she didn't know she was doing it differently than other centers. Bill asked how Heidi is made aware of the misloads. Heidi said she monitors it through ODSE. Bill asked what happens when a customer can't be reached. Heidi said it gets sheeted as missed.
Steve explained that the system automatically notifies the customer of the delay. Steve asked Heidi why she didn't question the process with all of the training she has had as well as the integrity of reporting. Heidi said she hasn't read the last few things that have been sent to her to sign. She said she just signed them and sent them back. Steve asked how many missed Rexburg has had this year. Heidi said she wasn't sure. Steve said year to date is about 2 for the year. Heidi said she looks at month to date and the previous day mostly so she can let her supervisors know.
Lori asked Heidi how likely she thinks the OMS's are able to reach the customers. Heidi said she doesn't know. Lori clarified that Heidi understands the training is to scan the packages as future if the customer can't be reached. Heidi said her on road sup came to her and said that there are 2 drivers that have been scanning packages as future without talking to the office or the on road supervisors. Heidi said she is on top of working on it.
Bill clarified the misload process. Heidi said she understood.
Bill asked Heidi to provide a voluntary statement. Heidi agreed.
Interview ended-12:30pm

## Subject - DUSTIN J WAGNER

| Type: | UPS - Supv Operations | Employee ID: | 4818462 |
|---|---|---|---|

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*



CONFIDENTIAL

| | | | |
|---|---|---|---|
| Address: | 2228 S SUMMERFIELD LN<br>REXBURG, ID US 83440 | Telephone: | 2088218401 |
| Status: | Full-Time | Job Description: | 09 Management |
| Operation Type: | 02 Package | Sort Type: | Day |
| Job Type: | Full-Time | Employment Date: | 26 Sep 2016 |
| Union Type: | Non-Union | Job Date: | 09 Mar 2018 |
| Comments: | On Road Supervisor | | |

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*



CONFIDENTIAL

## Interviews

| | | | |
|---|---|---|---|
| Interview Type: | 01 Fact Finding | Interviewer: | William Joiner |
| Interview Date: | 27 May 2021 | | |

Summary:

Part 1 of 2
Dustin Wagner- On Road Supervisor (Interviewee)
Maegan Ferguson- Security Supervisor (Interviewer)
Bill Joiner-Security Supervisor
Lori Atkinson-HR Representative
Steve Johns-IE
Interview start: 7:00am 05/27/2021
Policy review and introductions- Dustin acknowledged
Bill asked Dustin how long he has been with UPS and what his position is. Dustin said he was a driver for the first year but is an on road supervisor now and has been with UPS for about 5 years.
Bill asked Dustin to explain the process of handling a misload. Dustin said the driver scans the package as a misload then the OMS decided if it should be missed, delivered or future. Dustin said prior to future scan an attempt should be made to contact the customer first. Bill asked who gave those instructions. Dustin said DJ Bauman.
Bill asked when Dustin went to On Road School. Dustin said around 2018. Bill asked if there's reoccurring classes. Dustin said not really, he went to MDST and intergrad.
Bill asked Dustin who okays the package being futured. Dustin said usually the customer but if they can't deliver it he tries to scan the package missed over future. Bill asked what happens to the package when they can't contact the customer. Dustin said then it would get scanned as a future.
Bill asked Dustin why the entire center only has 2 missed all year. Dustin said that's very surprising. Bill asked why Dustin's name would be coming up as the one instructed people to sheet as future. Dustin said that was the process he thought.
Steve asked Dustin if there's any other management or on road sups in the center. Dustin said no he covers the center and all 92 people. Steve asked Dustin what a misflow is. Dustin said he didn't know and would assume it's a misload.
Bill shared his screen and showed Dustin the ETT for a misload. Bill asked if a driver scanned the example. Dustin said he thinks so. Bill asked why the scan wasn't a missed or future. Steve explained that the exception on the package was put on by the clerk in the center and the date should be the date the customer should have requested. Steve asked if all 32 misflow packages were requested to be future by the customer. Dustin said he would have to ask Suzanne if she called the customer. Steve asked why we are calling the customer to see if we can future their package. Dustin said to see if it's ok to future the package. Bill asked what happened if the customer says no. Dustin said then the package is sheeted as missed.
Bill clarified that a driver scanned the package as future at the center then misflow. Bill asked if that's the process. Dustin said no. Steve asked why the exception of misflow is being used. Dustin said he doesn't even know what misflow is. Steve explained that that exception is a hub scan and not a package center scan. Bill asked if the clerk is calling the customer at 8:53pm. Dustin explained that usually Suzanne calls them then the clerk scans them.
Steve asked Dustin if Suzanne called all 32 packages. Dustin said he would say shes always makes an attempt. Dustin said he thinks she does. Steve asked why the packages are being sheeted as future and misflow. Dustin said he isn't sure on the misflow part but that the future method has been what he was taught from the beginning. Dustin said that he knows if Suzanne is on shift she will make an attempt on every package. Steve asked why would we call the customer and ask if we can future their package if its going to be future no matter what. Dustin said if the customer is not happy the package is scanned missed but if they can't get a hold of the customer then it's still scanned as a future.
Bill said the clerk informed us that Dustin has instructed him to sheet as future. Bill asked Dustin why dozens of scanners would be under Jake Mason's log in. Dustin said he assumes that the other clerk hasn't logged in to the diad. Bill asked why the clerks have brought up the

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*

that the other clerk hasn't logged in to the diad. Bill asked why the clerks have brought up the issue of everyone using Jake's log in and they are still using the information. Dustin said he didn't know. Bill asked Dustin if that's UPS policy. Dustin said no. Dustin said he got a call from Skylar last night saying another clerk needed a log in for his diad. Steve asked why the clerk doesn't have his own ADID. Dustin said he didn't know and wasn't aware that the clerk Jarred Darrington didn't have an ADID. Bill asked Dustin if it's appropriate to share log in information. Dustin said no. Dustin said the clerk is usually already logged on when he comes in in the morning.
Bill said going forward Dustin needs to confirm everyone on the local sort needs their own ADID. Bill also asked Dustin how many misloads Dustin thinks Rexburg has a day. Dustin

---

Interview Type: 01 Fact Finding

Interviewer: William Joiner

Interview Date: 27 May 2021

Summary: Part 2 of 2
Steve explained that the only option the driver has for misloads are delivered or missed. Steve explained that nowhere in the integrity of reporting does it say we call the customer to ask if it's ok for us to not deliver their package. Steve said we either deliver it or we sheet it missed. Bill asked what it looks like that Rexburg only has 2 missed the entire year. Dustin said he can see it looks like dishonesty but that he has been talking to drivers about all of the future scans. Dustin said the process he follows is the same one he's been doing for 4 years. Dustin also said he is continually having conversations with drivers to not scan them as future. Dustin said last week they had 35 packages left in the building that they called the customer and the customer was ok with it being delivered the next day. Steve asked if that should have been left in building instead. Dustin said yes. Bill asked if the conversation with drivers was documented. Dustin said no but the drivers were Victor Mendez and Zack Wade. Bill asked Dustin to explain what the correct process is for misloads. Dustin said the driver sends the package in and it's either delivered or sheeted as missed. Steve explained that every attempt possible needs to be made to deliver the package. Steve clarified that after the driver sheets it as missed no other scans need to be done. Steve said the customer gets notified.
Lori asked if Dustin knows how to get his clerks their own ADID. Dustin said yes through APRS. Dustin asked how to get new barcodes for the GSS scanners. Steve explained that the scanner computer is where the employees get added.
Bill asked if Dustin would be willing to write a statement. Dustin said he would.
Interview ended-7:55am

---

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*



**CONFIDENTIAL**

# Investigation Timeline

Part One (1): Investigative Summary

On Feb 26, 2021, Security was notified by Rock Springs center manager, David Gibbons that PT Preload Supervisor Olivia Llamas allegedly turned in a falsified police report to excuse her absences from work.

Part Two (2): Investigative Detail

2/26/2021 - Security Supervisor Bill Joiner was notified by security manager

6/7/21 - EP Investigation #2021-5-31110 was closed out by Security Manager, Rebekah Mulloy in EPIM.

Re-training with clerks and center management team. Primary issue: Financial/Accounting/Fraud/Conflicts of Interest: Falsification of Delivery Records: Caller reports supervisors are hiding misloads that do not get delivered as future packages.

Result: During interviews with Security the claims were substantiated and dated back 2-3 years involving management personnel no longer with UPS.

HR is providing documentation for retraining as this is a district wide issue.

Part Three (3) Subjects and Exhibits

Subjects:
1. Dustin Wagner - On Road Supervisor
2. Kenny Corsi - On Road Supervisor
3. Jake Mason - Customer Counter Clerk
4. Heidi Peck- Service Provider
5. Lori Atkinson - HR Supervisor
6. Rebekah Mulloy - Security Manager

Exhibits:
1. Signed Policy Reviews and Union waiver, 5 pages
2. Rexburg snapshot Exceptions, 4 pages
3. Guideline for on road exceptions, 1 page
4. Statements, 3 pages
5. Emails, 9 pages

*The information contained in this report includes proprietary and confidential information that may be subject to attorney-client privilege and is intended only for the use of authorized personnel. Unauthorized use, dissemination, distribution, or copying of this information is strictly prohibited.*