# EXHIBIT I

# Case: 2021-5-31110 - Hotline Web
# Idaho – HR & Security
# Financial/Accounting/Fraud/Conflicts of Interest : Falsification of Delivery Records

## Case Snapshot

**Opened:** 05/05/2021 1:42 AM
**Days open:** 33
**Last modified:** 06/07/2021 5:57 PM
**Date closed:** 06/07/2021 5:57 PM
**Intake method:** Hotline Web
**Status:** Closed
**Alert:** Green

## General Case Info

**Case number:**
2021-5-31110
**Received/Reported date:**
05/04/2021
**Language:**
English
**Assigned tier:**
Idaho – HR & Security

### Issue

**Primary issue:**
Financial/Accounting/Fraud/Conflicts of Interest : Falsification of Delivery Records
**Summary:**
Primary issue: Financial/Accounting/Fraud/Conflicts of Interest: Falsification of Delivery Records: Caller reports supervisors are hiding misloads that do not get delivered as future packages.

Result: During interviews with Security the claims were substantiated and dated back 2-3 years involving management personnel no longer with UPS.

HR is providing documentation for retraining as this is a district wide issue.

## Case Details **Show Original Case Details**

**COVID-19 Concern:**
No
**PVD Concern:**
No
**Social Media:**
No

### Reported tier information

**Case type:**
Allegation
**Priority:**
3

**Intake method:**
Hotline Web
**Was an update provided within 2 business days?**
Yes
**I do hereby certify I have no conflict of interest in investigating this concern.:**
Agree
**Describe and respond to Primary Issue.:**
Primary issue: Financial/Accounting/Fraud/Conflicts of Interest: Falsification of Delivery Records: Caller reports supervisors are hiding misloads that do not get delivered as future packages.

Result: During interviews with Security the claims were substantiated and dated back 2-3 years involving management personnel no longer with UPS.

HR is providing documentation for retraining as this is a district wide issue.

## Location

**Organization/Building name:**
United Parcel Service, Inc. (UPS)
**Branch number:**
IDREX
**Location name:**
SMALL PACKAGE: 0376 NORTHWEST
**Location/Address:**
SMALL PACKAGE: 0376 NORTHWEST - IDREX
1276N HIGHWAY 33
**City:**
REXBURG
**State/province:**
ID
**ZIP/postal code:**
83440
**Country:**
UNITED STATES
**Region:**
03
**District:**
76

## Reporter contact information

**Reporter anonymous:**
Yes

## Case Information

**What is your relationship to UPS?**
Employee - Mgt - PT Supervisor Operations
**Please identify the person(s) causing the concern:**
Kenny Corsi - On Road Supervisor
Dustin Wagner - On Road Supervisor
**What is your relationship to the person(s) you are reporting?**
Direct Supervisor
**Is management aware of this problem?**
Yes
**Have you previously reported this to anyone?**
Do Not Know / Do Not Wish To Disclose
**Have you previously attempted to resolve this problem?**
No

**What do you estimate the monetary value of this matter to be?**
USD USD5000-USD24999
**Where did this incident or violation occur?**
On Road, in the center
**Please provide the specific or approximate time this incident occurred:**
Past several months
**How long has this problem been going on?**
Don't know
**How did you become aware of this violation?**
I observed it
**Has anyone tried to conceal this issue?**
Do Not Know / Do Not Wish To Disclose
**How were you made aware of the Hotline?**
Word of mouth
**Details:**
***CASE ASSIGNED TO SECURITY***

In the center the supervisors are hiding misloads that dont get delivered. Misloads go out, supervisors tell us to sheet future and then they scan in the center on local sort, they dont have us scan missed. I think Dustin sometimes enters exceptions in the tracking system from the center. Jake scans the packages at night.
**Building Code and Business Group:**
IDREX: SMALL PACKAGE: 0376 NORTHWEST

**FOR CODE 5 AND 6 CASES ONLY**

## Follow-ups

### Reporter Additional Information

There are no additional notes for this incident.

### Questions/Comments and Reporter Responses

**05/05/2021 1:42 AM - System**
**Comment:** Thank you for contacting the UPS Ethics Hotline about your recent concern. An investigation into the allegation(s) has started and can take up to 30 days to complete, however the investigator assigned will contact you and provide you with their contact information and confirm receipt of your concern, as well as clarify any necessary details for their investigation.

If you have additional information that you believe will assist in investigating your concern, you are always invited to provide any additional information to the allegation. You may also check the status of whether an investigation has been completed by calling the Help Line and providing your original case number.

**06/07/2021 5:49 PM - % Mulloy (Security Supervisor), Rebekah**
**Comment:** Thank you for filing your report. The investigation of this matter has been completed, and appropriate action has been taken. Due to the confidential nature of any investigation, findings must remain confidential and cannot be shared. If further incidents occur, please notify the Ethics Hotline or local management. We consider this matter closed.

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| KENNY CORSI | On-Road Supervisor | Employee - Mgt - Non-Operations | Reporter | Training Required | |
| MAEGAN FERGUSON | PT Security Supervisor | Employee - Mgt - Non-Operations | Other | None | |

| | | | | |
|---|---|---|---|---|
| WILLIAM JOINER | Security Supervisor | Employee - Mgt - Non-Operations | Investigator | None |
| REBEKAH MULLOY | Security Manager | Employee - Mgt - Non-Operations | Reviewer | None |
| HEIDI PECK | Business Manager (OPS) | Employee - Mgt - Operations | Aware Person | Cleared of Involvement |
| JAKE MASON | Loader/Unloader PM | Employee - NonMgt - Operations | Aware Person | Training Required |

## Attachments

### Files

| File | Category | Date | Description |
|---|---|---|---|
| Heidi Peck 5.28.21.docx | Notes | 06/07/2021 05:55:00 PM | Interview notes: Kenny Corsi |
| Jake Mason 5.26.21.docx | Notes | 06/07/2021 05:55:00 PM | Interview notes: Kenny Corsi |
| Kenny Corsi 5.27.21.docx | Notes | 06/07/2021 05:55:00 PM | Interview notes: Kenny Corsi |
| Kenny Corsi and Dustin Wagner Hierarchy Chart.docx | Other | 05/07/2021 10:56:00 AM | Kenny Corsi and Dustin Wagner Hierarchy Chart |
| Kenny Corsi 572021.xls | Other | 05/07/2021 10:57:00 AM | Kenny Corsi Concerns History |

## Synopsis

### Outcome of case

**Primary outcome:**
Substantiated
**Action taken:**
Employee re-training
**Did you provide contact information and direction to caller for future concerns?**
Yes
**Does the employee feel his/her concern has been resolved?**
Yes
**Has the Participant's role in the case been updated?**
Yes
**Have you added the Names and Titles of Reviewer? (cannot be same as Investigator):**
Yes
**Have you added the Names and Titles of the Investigator? (cannot be reported in concern):**
Yes
**Was the no retaliation policy reviewed with everyone involved in the investigation?**
Yes

**What follow up took place with the employee who raised the concern?**
Follow up sent.

### Workflow

**When did the follow up communication take place?**
06/07/2021

### Additional details

**Potential next steps:**
Re-training with clerks and center management team.

**Synopsis notes:**
Primary issue: Financial/Accounting/Fraud/Conflicts of Interest: Falsification of Delivery Records: Caller reports supervisors are hiding misloads that do not get delivered as future packages.

Result: During interviews with Security the claims were substantiated and dated back 2-3 years involving management personnel no longer with UPS.

HR is providing documentation for retraining as this is a district wide issue.

**Total time:**
6:00

## Tasks

None

## Case Notes

None

## Related Cases

### Cases marked as related to this case

None

**Present:**

**Heidi Peck- Center Manager (Interviewee)**

**Bill Joiner - Security Supervisor (Interviewer)**

**Maegan Ferguson -Security Supervisor**

**Rebekah Mulloy-Security Manager**

**Lori Atkinson-HR Representative**

**Steve Johns-IE**

**Interview start: 12:00pm 05/28/2021**

**Policy review and introductions- Heidi acknowledged**

Bill asked how long ling Heidi has been with UPS. Heidi said she started as a preloader and went through being a driver and on road sup before becoming a center manager. Heidi has been with UPS for 18 years.

Bill asked Heidi to walk through a NI1 process. Heidi said the package is left on the truck to go out the next day. Bill asked about a signature required process. Heidi said

Bill asked how do drivers handle a misload. Heidi said they deliver it, NI1 or future if they contacted the customer or it was sheeted missed. Heidi said she did a PCM at the Rexburg center 2 weeks ago with the drivers on this.

Bill shared his screen and showed all of the scans showing misflow. Bill asked Heidi if she knows what a misflow is. Heidi said she thought it was something similar to a missort. Bill asked if Heidi had noticed the centers using this scan. Heidi said she had not. Bill asked if Heidi was aware of the local sort clerk using this exception. Heidi said she was not. Bill said the clerks have said this has been the package for the last 5 years. Heidi said that wasn't the way she was trained. Heidi said she was trained to attempt to contact the customer to get approval to future the package or to sheet it as missed. Bill explained the correct process for delivering misloads.

Bill showed Heidi the on road package exception guideline. Heidi said she probably has seen it. Bill asked Heidi if she knew about the misload issue in

Rexburg. Heidi said yes that ORS Dustin came to her and said there was a big issue with misloads. Heidi explained that the change in route names caused a big issue with misloads.

Bill asked who reviewed the preload with Heidi. Heidi said Brian Keith came out and walked the belt line with her and identified several issues like the peel and stick method and writing the HIN number on the package.

Bill asked who taught Heidi the process to future misloads. Heidi said that's how she was trained with Tom Yates. Heidi said it didn't seem out to the norm for her to call the customer.

Bill asked Heidi why no other centers in the division has the same issue as Rexburg. Heidi said she didn't know she was doing it differently than other centers. Bill asked how Heidi is made aware of the misloads. Heidi said she monitors it through ODSE. Bill asked what happens when a customer can't be reached. Heidi said it gets sheeted as missed.

Steve explained that the system automatically notifies the customer of the delay. Steve asked Heidi why she didn't question the process with all of the training she has had as well as the integrity of reporting. Heidi said she hasn't read the last few things that have been sent to her to sign. She said she just signed them and sent them back. Steve asked how many missed Rexburg has had this year. Heidi said she wasn't sure. Steve said year to date is about 2 for the year. Heidi said she looks at month to date and the previous day mostly so she can let her supervisors know.

Lori asked Heidi how likely she thinks the OMS's are able to reach the customers. Heidi said she doesn't know. Lori clarified that Heidi understands the training is to scan the packages as future if the customer can't be reached. Heidi said her on road sup came to her and said that there are 2 drivers that have been scanning packages as future without talking to the office or the on road supervisors. Heidi said she is on top of working on it.

Bill clarified the misload process. Heidi said she understood.

Bill asked Heidi to provide a voluntary statement. Heidi agreed.

Interview ended-12:30pm

**Present:**

**Jacob Mason- Local Sort Clerk (Interviewee)**

**Maegan Ferguson- Security Supervisor (Interviewer)**

**Bill Joiner-Security Supervisor**

**Shop Steward Waiver Signed**

**Interview start: 4:32pm 05/26/2021**

**Policy review and introductions- Jacob (prefers Jake) acknowledged**

Bill asked Jake what he does at UPS. Jake said he is a local sort clerk and has been with UPS for 4 years in September. Jake said he has done several positions since being with UPS and has been a clerk for roughly 4 years. Jake says he does the customer counter, international imaging and small sort.

Bill asked what being a customer counter clerk entails. Jake said he does a lot of Amazon returns. Jake says he gets there at 4:30 and the counter closes at 5:30pm. Bill asked what time Jake is done with his shift. Jake says typically 7:30-8pm. Bill asked what Jake does in the between time from the counter to the end of his shift. Jake said he does international imaging and goes out to sort smalls.

Bill asked what Jakes RACF ID is. Jake said Tzc9vlv. Jake also said that other clerks use his log in information on the preload as well. Jake said the current exception clerk is Jarred Darrington. Jake said he covered for Jarred about 3 weeks ago.

Bill asked who instructed Jake to scan packages as a future or misflow. Jake said the previous local sort sup, Braden Corbridge that trained him. Jake said typically they call the customer and let them know we have a misload and the package would be delivered the next day. Bill asked if Jake knows what the correct process is. Bill asked how many packages Jake futures a day. Jake said it can vary but he has seen as many as 60 a day last week. Bill asked why Jake thought there was that many misloads. Jake said they changed the route name to numbers and letters which caused a big issue. Jake said it was changed to the area the driver’s route is in now which seemed to help.

Bill asked if Jake knew of any other exceptions that are being used to cover up misloads. Jake said not that he knows of. Bill asked how long this has been going on. Jake said it’s been 2-3 years and he’s just been told to do it that way. Jake said there has never been any clear instruction on how to do the misloads. Bill asked who instructed the clerks to scan them that way. Jake said sometimes it’s the drivers or it’s the local sort supervisor. Bill asked who the local sort sup is. Jake said Skylar Steeves.

Bill asked if he was instructed to give out his log in information. Jake said no but no one else has access and that they use his barcode for the local sort scanners. Jake said he did give it to them so others had access. Bill instructed Jake to change his password tonight and to not give it out to anyone. Jake said he has reported it to Kenny and possibly Dustin that barcodes need to be made for other employees for the scanners. Jake said it hasn’t changed and it’s been about a year. Jake said there has been times that an HM 10 came in and he was off that day but got in trouble for it because his log in info was used.

Bill asked if Jake would be willing to provide a statement. Jake agreed.

Interview ended-5:00Pm

**Present:**

**Kenny Corsi- On Road Supervisor (Interviewee)**

**Maegan Ferguson- Security Supervisor (Interviewer)**

**Bill Joiner-Security Supervisor**

**Lori Atkinson-HR Representative**

**Steve Johns-IE**

**Interview start: 8:00am 05/27/2021**

**Policy review and introductions- Kenny acknowledged**

Bill asked Kenny how long he has been with UPS and what his position does. Kenny said

Bill asked Kenny to walk him through the process of a misload. Kenny said the driver would scan the package as misload or call the center and report it to the center. Kenny said then the OMS tries to get it reattempted the next day or have the driver deliver it. Kenny said on some of the rural routes the package gets delivered the next day after speaking to the customer. Kenny said then the package gets scanned as missed. Bill asked what the driver would scan the package as for a misload. Kenny said the new system allows for the drivers to say if they are going to deliver the package or not. Bill asked if there is a time a driver may use a different scan. Kenny said he wasn't sure. Steve clarified the process Kenny explained is to communicate with the center that they have a misload. Bill asked what the next step is. Kenny said the driver either delivers it or sheets it missed. Steve asked what happens if the customer is contacted. Kenny said they write down the name of the person they talk to and if the customer is ok with the package getting delivered the next day.

Bill asked when Kenny last worked at Rexburg. Kenny said September then November to January or so. Bill asked who was the OMS when Kenny was there. Kenny said Suzanne Patchett.

Bill asked who taught Kenny this process. Kenny said it came from the time Phil Taylor. Bill asked who trained Kenny. Kenny said Tom Yates.

Bill shared his screen and asked Kenny if the misflow is the right process. Kenny asked what a misflow is. Steve explained it's the hub version of missort. Kenny said they have been instructed to use that when the salt lake trailer tail loads Rexburg on an Idaho Falls trailer and we cent deliver it.

Steve asked if the center is calling the customer and asking if we can future the package. Kenny said yes. Steve asked why the packages are being future for 1 day. Kenny said he wasn't sure. Steve explained the misflow shows it was at the wrong location and that is not the correct process. Steve said he has gone through accuracy of reporting and integrity or reporting and he can't see that there is anything in there saying its ok for us to call the customer and request to future their packages.

Bill asked why Kenny thought the center is doing this. Kenny said he thinks it's because the customer gives them permission. Bill asked if the center was doing this when Kenny was there. Kenny said from

what he could recall. Bill asked what doing the process this way would do to center stats. Kenny said he hasn't seen misflow before. Steve asked Kenny if it's possible for a center to have only 2 missed for a whole year. Kenny said no.

Bill asked why everything is showing future and not missed. Bill asked if this has been occurring the entire time Kenny has been at the Rexburg center. Kenny said yes and that it's been the process for visibility to ask the customer to future their package. Bill asked if Kenny sees the issue. Kenny said yes it looks like integrity issues. Steve asked why we would be having our OMS's calling our customers to ask if it's ok if we deliver their package the next day. Kenny said he didn't realize that the customer got the notification through the my choice system. Bill clarified that Kenny understood the process. Kenny said he did. Steve asked if Kenny has instructed a driver to scan a package without talking to a customer. Kenny said no he has not.

Interview ended-7:55am


Team
DOUGLAS BERRY
0155 - Package Division ...
HEIDI PECK
0105 - Business Manager
BARTT ADAMSON
0115 - On-Road Supervi...
CHRIS AZEVEDO
0171 - PT Preload Super...
KENNY CORSI
0115 - On-Road Supervi...
BEN HARWARD
9729 - PT Package Dispa...
MIMIEAU LEWIS
0115 - On-Road Supervi...
LORI MCCARTYADAMS
0501 - PT Package Cent...
NICK NELSON
0171 - PT Preload Super...
AARON PUCKETT
0171 - PT Preload Super...
HANNAH PUNT
9728 - PT Package Data ...
SKYLER STEEVES
0171 - PT Preload Super...
HEIDI THUESON
0501 - PT Package Cent...
DUSTIN WAGNER
0115 - On-Road Supervi...

| First Name | Last Name | Role | Case # | Date Opened | Status | Tier | Primary Issue | Is Escalated | More Info |
|---|---|---|---|---|---|---|---|---|---|
| KENNY | CORSI | Reported | 2021-5-31110 | 05/04/2021 | Pending | Idaho – HR & Security | Financial/Accounting/Fraud/Conflicts of Interest : Falsification of Delivery Records | | |
| KENNY | CORSI | Management | 2021-3-27278 | 03/01/2021 | Closed | Idaho – HR | Harassment : Person-to-person | | |