# EXHIBIT J

| | |
|---|---|
| **From:** | Carey Kuhl |
| **To:** | troy emerson; steve redding; Christine Newbold |
| **Cc:** | Clay Holloway; Matthew Fitzmaurice |
| **Subject:** | FW: Future Process |
| **Date:** | Wednesday, October 27, 2021 8:56:59 AM |
| **Attachments:** | image001.png |

---

**From:** Clay Holloway <clayholloway@ups.com>
**Sent:** Wednesday, October 27, 2021 6:25 AM
**To:** Carey Kuhl <ckuhl@ups.com>
**Subject:** FW: Future Process

Carey,

Below is the email thread that was sent to managers by Troy Emerson and Heidi's response.

Clay Holloway

Security Supervisor

Montana/ Wyoming

406-855-3557

CONFIDENTIALITY NOTICE: The information contained in and accompanying this communication may be privileged or confidential and is intended solely for the intended recipient(s). If you are not the intended recipient of this communication please delete and destroy all copies immediately.

---

**From:** heidipeck@ups.com <heidipeck@ups.com>
**Sent:** Friday, June 4, 2021 4:23 PM
**To:** Emerson Troy (pdx1tre) <temerson@ups.com>
**Subject:** RE: Future Process

Got it.

From: Emerson Troy (pdx1tre)

Sent: Friday, June 4, 2021 10:54 AM

To: Gibbons David (LHV4MST) <dgibbons@ups.com>; Harmon Bruce (GPK3QXF) <bharmon@ups.com>; Peck Heidi (GYH5MCZ) <heidipeck@ups.com>; REINHARDT FLOYD O. (DEN1FOR) <freinhardt@ups.com>; shreeve brad (ext3bys) <bshreeve@ups.com>; Sprung Sara (DDS4WCZ) <ssprung@ups.com>; Tischer Erik (QHJ0YST) <etischer@ups.com>; Villa Ruben (FKL1LTW) <rvilla@ups.com>; Wilkinson Preston (FZJ6XYW) <pwilkinson@ups.com>; Gipson Nathan (YTR6HYF) <ngipson@ups.com>; Hanlon Spencer (LKL1PFF) <shanlon@ups.com>; Larison Theodore (LCV0NLD) <tlarison@ups.com>; Littrell David (GBB7DRL) <dlittrell@ups.com>; NIELSEN TROY C (PDX1TCN) <tnielsen@ups.com>; Peslin Andrew (GJD6LPZ) <apeslin@ups.com>; Sheldon Scott (pdx2sas) <ssheldon@ups.com>; Sweet Timothy (LVR9TLS) <tsweet@ups.com>; Warner Ben (NYY1BXW) <bwarner@ups.com>; Bahler Landon (ZHH5LLB) <lbahler@ups.com>; Johnston Dustin (KPC9JWB) <dustinjohnston@ups.com>; Jones Lydia (WDG5RNV) <lydiajones@ups.com>; Libby Joshua (BYM7KMD) <jlibby@ups.com>; Moore Pat (pdx1ppm) <ppmoore@ups.com>; Wilson Chong-Nam (CRV2SZN) <chongnamwilson@ups.com>; Ingham Samuel (DWF0KNT) <singham@ups.com>; Keith Andy (GXX4ARK) <akeith@ups.com>; Mcguire Jeff (mnn1jsm) <jsmcguire@ups.com>; Schreiber Tim (XDY6DJJ) <tschreiber2@ups.com>; Streib Tim (BRB1WVR) <tstreib@ups.com>; TOLSON BRAD (DEN1BCT) <btolson@ups.com>

Cc: HAGLE JIM (pdx1jdh) <jhagle@ups.com>; Monsef Hamid (pdx2hrm) <hmonsef@ups.com>; Smith Gina (DZJ1FGC) <gsmith3@ups.com>

Subject: Future Process

Security has made me aware that we have centers in the district that are using a Future code for packages that were truly MOR. These packages have been getting a Future exception put on them and then delivered next day.

This process must cease immediately as that is not what the Future code is for. I've attached the Future process below. Please confirm receipt.

IMG [831]

Troy Emerson

Director South Package Operations

Northwest District

Cell: 949.201.7763

**From:** KEITH BRIAN (MCH1BRK)
**Sent:** Friday, June 4, 2021 7:03 AM
**To:** Braham Joseph (ZWW1JPB) <jbraham@ups.com>; Kuhl Carey (npl1clw) <ckuhl@ups.com>; redding steve (sna1scr) <sredding@ups.co
**Subject:** Packages being recorded as a "Future" and then delivered the next day

Joe/Steve/Carey, I have setup a query to show us how many packages were recorded as a "future" and then were delivered the next day,

## GSS Exception Code Guidelines

*Updated 04/2021*

| Exc Code | Internal Description ($ means not GSR Eligible) | External Description on UPS.com | Usage Guideline |
|---|---|---|---|
| MF | FUTURE | THIS PACKAGE IS BEING HELD FOR A FUTURE DELIVERY DATE. | Packages, by request of the *CONSIGNEE*, will be delivered at a future date that is *more than 1 day in the future*. Applies for long term closings, such as schools during winter break and for store openings. NOTE: packages must have scanning activity after 9 days of future so they are not charged as missing delivery scan. |

D-HP-002404