# EXHIBIT K

Desert Mtn. – Idaho
21-MTN-0674
Idaho Falls ID
Falsification Delivery Records

To: File

From: Clay Holloway – Security Supervisor

Date: August 29, 2023

Re: Falsification Delivery Records

---

**Findings**

- Idaho Falls (8340) Center used "Future", No Such Number" and "Not In One" exception scans for packages missed on road. DIR analysis from 01JUN21 to 01AUG21 showed 40 Future, 1463 Not In One, and 572 No Such Number exceptions.
    - On September 04, 2021, 31 packages were sheeted as Emergency per instructions of Management.
    - On September 16, 2021, three (3) misloaded packages were sheeted as "Closed" per instructions of Package Center Supervisors.
- Christina Nerioosai, Idaho Falls PT Local Sort Supervisor, directed clerks to put "Future" or "Not In One" scans on misloaded packages that were unable to make service.
    - Nerioosai stated that the directive came from On Road Supervisor Mimieau Lewis.
    - Follow-up training from Management was done to show the proper process.
- Scott Richardson, Idaho Falls PT Local Sort Supervisor, confirmed the use of "Future" and "Not In One" scans on misloaded packages.
    - Richardson stated that he was trained to enter fraudulent scans on packages by Nerioosai when he started his current position in May, 2021.
- Mimieau Lewis, Idaho Falls On Road Supervisor, stated that packages that are missed on road receive "Future" scans of packages that were left in building and misloaded.
    - Lewis was trained to this process by former On Road Supervisor James Strickland to show physical scans on packages for customer visibility but later could not recall who trained her.
    - Lewis claimed that she was unaware the process was wrong.
    - Lewis said that she retrained Local Sort Supervisors of the proper process to sheet service failures.
- Heidi Peck Idaho Falls Business Manager, denied any knowledge prior to August, 2021, of the use of fraudulent exception scan on service failures.
    - Peck said that she retrained Local Sort Supervisors on the proper process for scanning misloaded packages that could not be delivered.
    - Peck denied using fraudulent exception scans to avoid being chastised on service failures.
    - Peck did not provide a signed policy nor a written statement.
- Peck was involved in a previous investigation in Rexburg, ID on May 5, 2021, for using fraudulent exception scans. IRS: 21-MTN-0183, EPIM: 2021-5-31110.
    - Peck acknowledged an email from Operations Manager Troy Emerson on June 4, 2021 that instructed all Business Managers to cease and desist the use of Future exception scans that are delivered the following day.

**Summary**

On 20JUL21, Security Supervisor Clay Holloway, was contacted by Brion Lowry Boise Gateway PT Ramp Supervisor, regarding the use of fraudulent scans for packages Missed On Road in the Idaho Falls Center. Lawry said that he was instructed to do so by On Road Supervisor Mimieau Lewis. Holloway conducted a DIR analysis and discovered that the Idaho Falls Center had 40 Future, 1463 Not In One, and 572 No Such Number exceptions between the dates of 01JUN21 and 01AUG21. No DIR data was available for Missed packages

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

On 05AUG21, Holloway interviewed Osai, who stated that she had been instructed to enter packages missed on road as "Not In One" and "Future". Osai said the directive came from Lewis. Holloway interviewed Richardson, who stated that he had been instructed to sheet missed packages as "Not In One" and "Future".
On 06AUG21, Holloway interviewed Lewis, who admitted to using "Not In One", "Closed", or "Future" scans on packages that were left in building or had been misloaded and could not make service. Lewis said that she had not conveyed this information to her Business Manager Heidi Peck because she did not think it was wrong.
On 24AUG21, Holloway was informed by Mountains Security Director Carey Kuhl, of communication between District Operations Management and Division Operations. The communication was to address the improper use of exception scans and to gain commitment from Division Operations to cease the practice. A request for email communications was made.
On 16SEP21, Holloway was contacted by PT Package Center Supervisor Brandon Hobbs regarding two (2) misloaded packages discovered on the package car of Service Provider Matthew Gregston. Hobbs said that Gregston contacted the center to report the misloads and was instructed by PT Package Center Supervisor Heidi Thueson to sheet as "Missed". Hobbs said that he asked Thueson if they should be sheeted as closed and Thueson stated that "Missed" scans are bad and to find a different exception.
On 17SEP21, Holloway interviewed Service Provider Matthew Gregston regarding the misloaded packages from 16SEP21. Gregston stated that was the first time he had misloads and that he was instructed to sheet them as "Missed". Gregston said that they were for Staples and that Staples does not accept any packages after 1100. Gregston said that he discovered the packages at around 1400 that afternoon.
On 21SEP21, Holloway contacted Operations Excellence Manager Don Siddall to clarify the proper use of "Emergency" scans when a breakdown occurs. Siddall told Holloway that the packages should be sheeted as "Missed".
On 21SEP21, Holloway interviewed PT Local Sort Employee Mason Woolf upon discovering 31 Emergency Scans from a driver on 04SEP21. Woolf stated that he was instructed by PT Local Sort Supervisor Scott Richardson to put Emergency- Breakdown on his GSS scanner. Woolf said that Richardson was given that directive from Business Manager Heidi Peck.
On 23SEP21, Holloway interviewed PT Local Sort Supervisor Christina Nerioosai in the presence of Security Supervisor Nicholas Luper. Nerioosai was asked about the continued practice of sheeting misloaded packages as anything other than "Missed". Nerioosai said that after the previous interview with Holloway, Peck trained her and Scott Richardson to scan misloaded packages as "Missed".
On 28SEP21, Holloway interviewed PT Package Center Supervisor Heidi Thueson in the presence of Security Supervisor Nicholas Luper. A Policy Review was done.
Thueson was asked about instructing drivers to sheet misloads as anything other than "Missed". Thueson said that when misloads are reported and are unable to make service, she just makes a "judgement call" on what to scan them as. Thueson said that she has always been trained to sheet them as anything but "Missed". Thueson said that they get 15-20 misloads per day and that most get delivered. Thueson said that two to three do not get delivered as long as they are called in by the driver. Thueson said that there are a handful of drivers that do not call in misloaded packages and often hide them with their pickups when they get back to the center. Thueson said that she did not know how the Local Sort handled them after discovery.
On 28SEP21, Holloway interviewed On Road Supervisor Mimiaeu Lewis. Lewis stated that she and Peck both retrained Local Sort Supervisors on the proper process for sheeting service failures as "Missed". When asked about packages from 16SEP21 that missed service, Lewis said that the business does not accept deliveries after 1100 and that the business was considered closed. Holloway explained that if the package had been loaded properly, it would have made service. Lewis was asked if the reason behind the erroneous scans were to avoid service failures on daily reports. Lewis said that was probably the reason. Lewis was asked if she had been trained on proper use of exceptions scans while being trained as an On Road Supervisor. Lewis stated that she received no formal training as an On Road Supervisor and that she had been trained to sheet packages as anything but "Missed" since she started with UPS. Lewis could not recall who trained her to do so.
On 28SEP21, Holloway interviewed Business Manager Heidi Peck. Peck denied knowledge of the use of fraudulent exception scans in the Idaho Falls Facility prior to August, 2021. Peck stated that she retrained her Local Sort Supervisors to follow the correct process. Peck said that she did not give the same instructions to the PT Package Center Supervisors because she was unaware that it was an issue. Peck stated in regards to the use of "Emergency" scans from 04SEP21, that she had always been told to use a GSS scanner and put "Emergency-Breakdown" as exceptions for undeliverable packages when mechanical issues arise. Peck said that she was told that by Operations Excellence Manager Don Sidall. Holloway explained to Peck that Siddall had said that the packages should be sheeted as "Missed". Peck said that if the process had changed, she was not aware of it. When asked if fraudulent

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

exception scans were used to avoid chastisement for service failures reported daily, Peck adamantly denied and said that she has no problem being chastised because "tomorrow is a new day".
Peck has previously been advised of the use of fraudulent exception scans in May of 2021, when the Rexburg Center had an EPIM concern 2021-5-31110 for the use of "Future" and "Not In One" exceptions. During this investigation, Peck denied knowledge of that process being used. The Rexburg center has subsequently ceased the use of fraudulent exception scans.

**Interviews**

- Brion Lowry Gateway PT Ramp Supervisor - EMP ID 5550799– DOE 18JUN18

  On July 20, 2021, I Clay Holloway Security Supervisor, interviewed PT Boise Gateway Supervisor Bryon Lowry regarding information he wanted to share regarding the Idaho Falls Package Center. The interview initiated at 1435.

  I asked Lowry how he knew of information pertaining to Idaho Falls. Lowry said that he was recently the local sort supervisor in Idaho Falls, ID. He said that he moved to Boise in June of 2021. Lowry stated that prior to his transfer, ORS Mimi Lewis told him to place exceptions on Missed On Road and Left In Building packages. Lowry said that he was told to put Not In One, Emergency, Security, Future, or Closed Business exceptions on the packages. Lowry also said that Lewis told him that he "was not being forced" to place dishonest exceptions, but that if he did not, Lewis would retaliate with extra work and not assisting when needed. Lowry said that he thought Lewis got those instructions from business manager Heidi Peck. I asked Lowry how many packages he had placed exceptions on. Lowry said that on average of 100 packages per day. I asked Lowry if Peck had ever instructed him to place exceptions on service failures. Lowry said that she did not, but that she threatened to block his transfer request to Boise. Lowry also reported that Lewis would take damaged packages containing food and drink to the office and consume them with other employees. I asked Lowry if other employees could corroborate his story. Lowry gave me the name of the new local sort supervisor Damien Peterson. The interview concluded at 1455.

  Further investigation found that Peterson is a Preload Supervisor and does not deal with the Local Sort or exception scans.

- Christina Osai PT Local Sort Supervisor - EMP ID 5643065– DOE 24SEP18

  On August 5, 2021 at 1635, I Clay Holloway Security Supervisor, interviewed PT Local Sort Supervisor Christina Nerioosai. UPS Policy was reviewed.

  I asked Nerioosai if she knew the process for scanning missed on road packages. She said that she usually gets 20-30 packages per night that were turned in as not found by drivers. She said that she had been instructed by ORS Mimi Lewis to scan as Not in One or as misloads. I asked Nerioosai if she remembered the last time she was instructed to do so. She said that a year ago when she was still a clerk, she was told to process packages that way. She said she knew no different. She said that it was the directive since early 2018. The interview concluded at 1653. Awaiting receipt of written statement.

  On September 23, 2021 at 1745, I Clay Holloway Security Supervisor, interviewed Idaho Falls Local Sort Supervisor Christina Nerioosai. During that interview, Investigator Holloway was following up on a previous interview with Nerioosai about how Missed On-Road packages were being sheeted. Nerioosai stated that in August when Investigator Holloway spoke with her about exception scans, On Road Supervisor Mimi had trained her to scan them as Not In 1's instead of missed on-road. Since then, Nerioosai stated that Peck had trained her how to correctly scan packages that do not make delivery as Missed On-Road. She also stated that she has seen drivers who have brought packages not delivered back to the center and toss them under the belt. Investigator Holloway asked Nerioosai what she does when she sees that happen and she stated that she reports those instances to On Road Supervisor Mimiaeu Lewis, and she follows up with them. Nerioosai also reported that a Package Driver named Trey has done this at least 3 times in the last few weeks. Nerioosai stated that drivers have been sheeting Mis-loads for businesses as Closed, but that she has had no directives from Peck or Lewis on what to do with them since the drivers are the ones sheeting them Closed.

- Scott Richardson PT Local Sort Supervisor -EMP ID 7048086- DOE 20OCT20

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.


CONFIDENTIAL

On August 5, 2021 at 1700, I Clay Holloway Security Supervisor, interviewed PT Local Sort Sup Scott Richardson. I asked Richardson if he knew the process for sheeting packages missed on road. Richardson said that they were to be scanned as not in one. I asked Richardson who instructed him to do so. Richardson said that he was told that by other local sort supervisor, and that no management people had directly given him those instructions. Richardson said he had only been in the position since May 20, 2021. He said that he was a preloader at another location prior to that date. The interview concluded at 1715.

On September 23, 2021 at 1745, I Clay Holloway Security Supervisor, interviewed Idaho Falls Local Sort Supervisor Scott Richardson. I explained that I was following up on a previous interview with Richardson in reference to how Missed On-Road packages were being sheeted. Richardson stated that he remembered that interview and that he came into the job thinking that it was normal practice to sheet packages something other than Missed On-Road and recalled having conversations with the clerk Masen Padgen. that it “didn’t feel right” sheeting them as Not In One or something other than Missed. Richardson stated that during that interview, I instructed him of the proper way to sheet the packages as Missed On-Road. He also stated he has not been given directive to do anything different since then, but he’s instructed his clerks to mark them as Service Failures.
I asked about a recent instance on Saturday, 4 September 2021 where there were 31 packages sheeted as Emergency Condition. Richardson stated that the driver was Anthony and that he was very new. He said that they keep sending new drivers out on this route and they cannot make “full delivery” because they do not know the route. This particular night Richardson stated that Anthony was driving around in the dark without navigation late in the evening. Richardson stated that he contacted Heidi who instructed him to have the driver come in and mark the remaining packages as Emergency Condition exceptions. He did so and put in the comments “break down.”
Richardson asked me about the proper way to sheet them and when he could use the Emergency Condition exception. I explained that anything that goes out on road that is not a Not In 1, has to be sheeted as Missed On Road. He also explained that the only time Emergency Condition could be used is if there is a true weather emergency or factor, weather or road related, that a package car cannot get down the road to the destination. Richardson stated that he understood. Richardson provided a written statement. The interview concluded at 1757.

- Brandon Hobbs PT Package Center Supervisor -EMP ID 7032504 - DOE 13OCT20

On September 16, 2021, I Clay Holloway Security Supervisor, interviewed PT Package Center Supervisor Brandon Hobbs. Hobbs reported that Service Provider Matthew Gregston had packages that had been missorted on his car and were discovered at 1510. Gregston called into the center and spoke with PT Package Center Supervisor Heidi Thueson, telling Thueson that the packages would not make service as the receiving department was closed by now. Hobbs said that Thueson told Gregston to sheet the service failures as "Closed". Hobbs said that he asked Thueson if they shouldn't be sheeted as missed. Thueson told Hobbs that "we don't sheet as missed because that is bad". Hobbs said that he has heard this in the past with other drivers but could not give any specific dates or drivers.

- Matthew Gregston Service Provider -EMP ID 1458925 - DOE 03SEP02

On September 17, 2021 at 1500, I Clay Holloway Security Supervisor, interviewed Service Provider Matthew Gregston regarding misloads discovered on his package car on September 16, 2021. Gregston said that he was instructed to sheet the packages as 'Closed" by PT Package Center Supervisor Heidi Thueson. Gregston said that was the first time he had been instructed to do that. Gregston explained that the packages were for Staples and that Staples will not take any packages after 1100 in the morning. Gregston said that it made sense to him to sheet as closed as they would not accept the packages and that he discovered them around 1400 that afternoon.

- Mason Woolf PT Local Sort Employee -EMP ID 5905387 - DOE 10DEC18

On September 21, 2021 at 1704, I Clay Holloway Security Supervisor, interviewed Local Sort Employee Masen Woolf in the presence of Shop Steward Tyler Howard and Security Supervisor Nicholas Luper.
I asked Woolf about exceptions scans he placed on 31 packages on September 4, 2021. Woolf said he did not remember the specific date, but stated that Emergency (ERC) Exception scans were placed on packages

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

where a Package Car had broken down in Moore, ID. Woolf said that they waited until 2200 on the sort before the truck returned. Woolf said that he was instructed to place ERC scans of the packages by Local Sort Supervisor Scott Richardson. Both Woolf and Howard stated that they are instructed daily to sheet any packages not delivered as either Not In One, No Such Number, ERC, or closed. I asked who directed them to do so. Both stated that directive has come from all PT Local Sort Supervisors, On Road Supervisor Mimi Lewis, and Business Manager Heidi Peck. Howard stated that he did not realize that was the wrong thing to do because that was how he was trained. I briefly explained the Security Reward Program and asked Woolf and Howard to supply me with credible information each time they are instructed to sheet Service Failures as anything other than Missed. The interview concluded at 1722.

- Heidi Thueson PT Package Center Supervisor -EMP ID 5321016 - DOE 17NOV17

On September 28, 2021 at 1100, I Clay Holloway interviewed PT Package Center Supervisor Heidi Thueson in the presence of Security Supervisor Nicholas Luper. A Policy Review was done.
Thueson was asked about instructing drivers to sheet misloads as anything other than “Missed”. Thueson said that when misloads are reported and are unable to make service, she just makes a “judgement call” on what to scan them as. Thueson said that she has always been trained to sheet them as anything but “Missed”. Thueson said that they get 15-20 misloads per day and that most get delivered. Thueson said that two to three do not get delivered as long as they are called in by the driver. Thueson said that there are a handful of drivers that do not call in misloaded packages and often hide them with their pickups when they get back to the center. Thueson said that she did not know how the Local Sort handled them after discovery. The interview concluded at 1110.

- Mimiaeu Lewis On Road Supervisor -EMP ID 5052301- DOE 16DEC16

On August 6, 2021 at 1100, I Clay Holloway Security Supervisor, interviewed On Road Supervisor Mimiaeu Lewis in the presence of HR Specialist Lori Hutchinson as witness. I reviewed UPS policy with Lewis with no questions.
I explained to Lewis that there were concerns with SEAS and DIR findings surrounding exceptions on packages, with no service failures reported at the Idaho Falls facility for the months of June and July. I explained that there were several hundred exceptions on packages and asked why that would be. Lewis said that she understood that all packages needed an in building scan for visibility. Lewis said that she had her local sort sups put either future, closed, or not in one exceptions on the packages. I asked Lewis if she knew the correct process. She said that she did not. Lewis said that is how she was trained and that training came from former Business Manager James Strickland, who currently was assigned in Florida. I asked Lewis to explain her thought process behind the erroneous scans. Lewis said that often, bulk stops at businesses such as Staples are late getting to the building or to the proper package car. She said that drivers leave before they are loaded, so they are sheeted as closed without a delivery attempt. She also said that misloads cause issues as well. She gave an example of surepost that gets misloaded onto a car going to a remote location when the delivery location is local. She said that she scans those as either Not In One, Future, or Closed. Lewis admitted that she has trained local sort sups and clerks to place those exceptions on missed packages. I asked Lewis if she has made Business Manager Heidi Peck aware of the current process. Lewis said that she had not because she did not think it was an issue. Lewis provided a written statement. The interview concluded at 1217.

On September 28, 2021 at 0920, I Clay Holloway Security Supervisor, interviewed On Road Supervisor Mimieau Lewis in the presence of Security Supervisor Nicholas Luper.
I asked Lewis if she recalled the prior interview in August, 2021. Lewis said that she did and that she and Business Manager Heidi Peck retrained Local Sort Supervisors the proper way to sheet misloaded packages that had not been delivered. I asked Lewis why PT Package Center Supervisors were still instructing drivers to not sheet misloaded packages as “missed”. Lewis said that she did not think to give instructions to the Package Center. I asked Lewis why she did not instruct them. Lewis said she did not know. I asked Lewis about Staples packages that were misloaded on September 16, 2021, that the driver was given instructions to sheet as “Closed”. Lewis said that Staples refuse to take packages after 1100 and so she considered the

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

business as being closed. I told Lewis that the packages were misloaded and if they had made it on the proper package car, they would have made service. Lewis argued that the business was closed. I asked Lewis if the reason behind sheeting packages as anything but "Missed" was to show fewer service failures on daily reports. Lewis said that was probably the reason. Lewis continued to state that was the way she had been trained since she started at UPS. I asked Lewis if she was trained on proper scan procedures while being trained as an On Road Supervisor. Lewis said that she received no formal training as an On Road Supervisor because there was no one available to train her. Lewis declined to provide a written statement. The interview concluded at 1010.

➢ <u>Heidi Peck Idaho Falls Business Agent- EMP ID 1693253- DOE 18AUG04</u>

On September 28, 2021 at 1351, I Clay Holloway Security Supervisor, interviewed Business Manager Heidi Peck via telephone in the presence of Security Supervisor Nicholas Luper. A Policy Review was done but not signed and returned.
I asked Peck to explain the use of fraudulent exception scans in the Idaho Falls facility as it pertained to misloaded and service failure packages. Peck said that until early August, she was unaware that the practice was going on in the Idaho Falls Package Center. Peck said that she retrained Local Sort Supervisor Christina Nerioosai to sheet misloads discovered on the sort as "Missed". I asked Peck if she had addressed the issue with the Package Center Supervisors. Peck stated that she had not and thought they knew the proper process. I explained that on September 16, 2021, three (3) packages for Staples were sheeted as "Closed' per the instruction of PT Package Center Supervisor Heidi Thueson. Peck said that consignee Staples refuses to take packages after 1100 and that Thueson likely figured that it was appropriate to sheet as closed. I explained to Peck that if they had been loaded properly, they would have made service and therefore should be sheeted as "Missed". Peck agreed. I explained that on September 4, 2021, 31 packages were sheeted as "Emergency" when the Arco, ID driver had a break down and could not finish his route. Peck stated that she had always been told to use GSS scans and put "Emergency-Breakdown" as the exception. I asked who taught her to do that. Peck said that she could not recall, but that Operations Excellence Manager Don Siddall told her to do it that way approximately 2 years ago. Peck said that if the process had changed, she was unaware. I asked Peck if the use of fraudulent exception scans was an attempt to avoid chastisement for service failures on daily reports. Peck adamantly denied that reason. She stated that she always tries to do the right thing even if it means being yelled at. She said that tomorrow is always a new day and to just focus on today. She also stated that since August, the Idaho Falls Center has reported a higher number of service failures daily.
The interview concluded at 1424.

**<u>Attachments:</u>**

Attachment 1: Lewis Statement/Policy

Lewis Statement and Policy.pdf

Attachment 2: Richardson Policy/Statement

Richardson Policy-Statements.pc

Attachment 3: Hobbs Text

Hobbs Text.jpg

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

Attachment 4: Nerioosai Policy

Nerioosai Policy.pdf

Attachment 5: Thueson Policy

Thueson Policy.pdf

Attachment 6: Future Exceptions

Copy of Driver
Exception Search 834(

Attachment 7: Not In One Exceptions

Copy of Driver
Exception Search 834(

Attachment 8: Emergency Exceptions 9/4/21

ECR 9-4.xlsx

Attachment 9: EPIM Case 2021-5-31110

case_2021531110
(3).pdf

Attachment 10: Emerson Email

Emerson Email.pdf

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.


**CONFIDENTIAL**