# EXHIBIT L

**SCHMOYER REINHARD LLP**
Richard L. Clifton (*Pro Hac Vice* granted)
Texas Bar No. 24103565
8000 IH 10 West, Suite 1600
San Antonio, TX 78230
(210) 447-8033

Tyler D. Williams [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tdw@naylorhales.com

**ATTORNEYS FOR DEFENDANT**
**UNITED PARCEL SERVICE, INC. (OHIO)**

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HEIDI H. PECK; an individual;<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. an Ohio Corporation,<br><br>*Defendant.* | **CASE NO. 4:22-CV-00381-CWD**<br><br>**DECLARATION OF TROY EMERSON** |

My name is **Troy Emerson.** I am of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein.

1. I am a current employee of United Parcel Service, Inc. ("UPS"). I have worked for UPS for 37 years, and currently serve as the Director with UPS Global Business Services; I have zero direct reports.

2. During 2021, I served as South Zone Package Operations Manager. In my capacity as South Zone Package Operations Manager, I supervised all package operations within the state of Oregon, Idaho, Montana and Wyoming

3. A May 2021 investigation substantiated a practice of misreporting service failures at the Rexburg center under the control of Business Manager Heidi Peck.

4. After this investigation concluded, I sent an email to all business managers under my authority, including Peck, stating that the misrepresentation of service failures as non-service failure exceptions was unacceptable and must cease immediately. Peck responded "got it."

5. A second investigation begun in July 2021 substantiated that a similar practice of misreporting service failures was ongoing at Peck's Idaho Falls center, and from witness interviews, that the practice was occurring with Peck's active direction or passive consent.

6. Drivers report the delivery or failure to deliver each and every package that is loaded onto their vehicle through the use of a handheld computer system, known as a Delivery Information Acquisition Device, known as a DIAD. On-road supervisors, who supervise drivers, can direct the driver to input either a service failure or exception for a given failure to deliver a package.

7. All business managers, on road supervisors, loaders, drivers, and other personnel are trained annually on the proper coding and use of exceptions and service failures.

8. Service failures damage UPS reputation among shippers who rely on UPS to deliver packages to their customers, as well as members of the public relying on their service.

9. Based on the two investigations indicating a pattern of dishonest reporting at Peck's centers, and Peck's prior pledge to stop the dishonest practice, and in consultation with HR, I decided to terminate Peck. I did not consider her sex at all as a factor in my decision to terminate her.

10. In my 37 years at UPS, I have terminated approximately 9 employees of which two were male supervisors. I also demoted two male business managers for their first offense with timecard manipulation. I never considered an employee's race, sex, or other protected characteristic in making my employment decisions.

11. Manager Incentive Program ("MIP") bonuses are based on performance and require your manager's recommendation. Based on the two separate and substantiated investigations involving Peck, I would not have recommended her for the bonus and did not in fact recommend her for the bonus. She therefore was ineligible for the bonus.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2024.

[signature]

Troy Emerson