# EXHIBIT N




# Resolving issues together

## Employee Dispute Resolution Program

D-HP-000947

# Introduction

UPS has a well-respected and diverse workforce from a variety of geographical locations and work settings. Years of success have established UPS's reputation as an industry leader. But even in the best working relationships, problems can arise. These problems can escalate unnecessarily unless the options for resolving them are understood and utilized.

Many employers, including UPS, continue to look for ways to minimize the possibility of an antagonistic and adversarial atmosphere when problems arise in the workplace. Alternative Dispute Resolution (ADR) programs have proven successful in keeping the lines of communication open, even under the most difficult circumstances.

These programs present a number of options designed to afford an employee and employer every opportunity to resolve a problem reasonably, timely, and fairly. In companies where ADR programs are used, the employee and company satisfaction level with the process is high.

After examining a number of ADR programs, UPS introduced the Employee Dispute Resolution (EDR) Program, its own comprehensive ADR process, in May 1998.

Note: The UPS Employee Dispute Resolution (EDR) Program establishes a procedure for resolving workplace disputes, but does not establish any of the terms of your employment. The UPS EDR Program creates a mechanism for the investigation and resolution of employment-related concerns. Although that mechanism may change from time to time to improve its efficiency, it is intended to be a process upon which you and the company will rely. At the same time, however, nothing in the EDR process or this program booklet creates a contract of employment, express or implied, for any period of time. The UPS EDR Program does not alter UPS's at-will employment policy.

## Table of Contents


2 Introduction

3 General Guidelines

5 Step One: Open Door

6 Step Two: Facilitation

8 Step Three: Peer Review

11 Step Four: Mediation

14 Step Five: Arbitration

18 Questions and Answers

20 EDR Request Form

21 EDR Arbitration Request Form

# General Guidelines

**The UPS Employee Dispute Resolution (EDR) Program**

**EDR incorporates the best features of the most successful dispute resolution programs in place today. EDR builds on our existing Open Door Policy, which provides employees with an informal, amicable process that has led to the sensible and successful resolution of a variety of concerns over the years.**

### Who is Covered by the EDR Program?

EDR applies to all U.S., Canada, and Puerto Rico based management and non-union employees. EDR does not apply to employees who are covered by a collective bargaining agreement or other ADR programs. International employees are not covered.

### Effective Date, Duration, and Impact of the Program Upon Your Employment

EDR was introduced May 4, 1998. On that date, EDR became the process for resolving workplace disputes for UPS, including disputes concerning legally protected rights. It will remain effective for the entire length of your employment and will remain in effect for a period of one (1) year from the date of separation from the company. The effective revision date of the EDR Guidelines shall be January 1, 2021.

### Claims That May Be Addressed under the EDR Program

Disputes covered under EDR pertain to such claims as discipline, discrimination, fair treatment, harassment, separation, and legally protected rights. The scope of the claims that you may assert within the program may vary depending upon the step to which you advance.

Claims not covered under the EDR Program include:

- Workers' Compensation.
- Unemployment insurance.
- Health, welfare, compensation, and retirement benefit claims that are covered by special appeals processes explained in the governing plan documents.
- Employees who have received benefits under a Separation Allowance Plan in exchange for signing a severance agreement and release.
- Claims challenging business decisions such as the decision to restructure, reorganize, downsize or divest in a business, unless such decision is alleged to have violated the employee's legally protected rights.
- Claims by UPS for injunctive relief to protect trade secrets and confidential information.
- Claims involving violence or egregious acts will be considered on a case by case basis.

### Right to Pursue Employment Disputes Before Federal or State Administrative Agencies

The EDR Program does not prevent you from filing a claim or speaking with a federal or state administrative agency or from cooperating in a federal or state agency investigation.

### Proceedings Under the EDR Program are Confidential

All proceedings and all documents prepared in connection with any of the five steps of EDR are confidential. Unless required by law, no EDR proceedings or documents shall be disclosed to any person other than to the participants in those proceedings, counsel, witnesses, the mediator, and the arbitrator.

**The UPS EDR Program consists of five steps:**




Each step of EDR is specifically designed to keep the lines of communication open while pursuing all possible avenues to differences. The program is flexible, accessible, and fair to all parties.

### The Guidelines of the EDR Program are Binding Upon Both Parties

The guidelines of EDR are binding upon you and UPS. Over time, some of the guidelines of the program may change as we learn from our experiences. Those changes, however, will be announced in advance of their effective dates and will be equally binding upon you and the company.

### Law Governing the EDR Program

The substantive law that governs the employment disputes that you take to mediation or to arbitration under EDR is the same state and federal law that would have applied had your claims been heard in state or federal court.

The application, interpretation, and enforcement of EDR is covered by the Federal Arbitration Act. If any court should find that the Federal Arbitration Act does not apply to the arbitration of your dispute with UPS, then the application, interpretation, and enforcement of EDR shall be covered by the law of the state in which you work.

Employees participating in the EDR Program must acknowledge that the participation of panel members and facilitators is voluntary and done as a service to fellow employees.

In addition, employees participating in the EDR program waive any right to bring any legal action against peer review panel members, facilitators, or administrators based on their participation in the EDR process.

### Guidelines for UPS Employees Assigned to Multiple Locations

An employee whose assignment involves multiple locations (e.g., special assignment or relocation) is entitled to participate in EDR on the same basis as other employees. If an employment dispute arises in the origin location, the dispute must be resolved by using EDR in the origin location. If the employment dispute arises in the destination location, the dispute must be resolved using EDR in the destination location.

### The UPS Corporate EDR Program Administrator

The Corporate EDR Program Administrator oversees and manages the EDR Program. The Corporate EDR Program Administrator works with the EDR Facilitator or a designated EDR contact to ensure the program is properly administered. The Corporate EDR Administrator will be able to connect you to your EDR Facilitator or designated EDR contact.

**UPS Corporate EDR Administrator**

**U.S. - 800-877-6947**
**Puerto Rico - 833-951-2497**
**Canada - 844-877-6947**

**disputeresolution@ups.com**

***Human Resources Dept.***
***55 Glenlake Parkway***
***Atlanta, GA 30328***



D-HP-000950

1

Open Door

# Step One: Open Door

Building upon our existing Open Door Policy, the Open Door step provides an opportunity for you to resolve disputes early and informally. Under the Open Door step, you are encouraged to bring concerns to your supervisor or manager, but you have the right to bring your concerns to any member of management or Human Resources that you choose.

The step is designed to ensure that your concerns receive prompt attention. The company will not retaliate against any employee in any way for using the Open Door step.

### Nature of the Open Door Step

The Open Door step is a required step in the EDR process. In order to raise your concern in any of the additional steps in EDR, you must attempt to resolve your dispute using the Open Door step.

### Claims That May Be Asserted

You may assert any covered work-related dispute through the Open Door step.

### How To Initiate the Open Door Step

Whenever possible, you should try to resolve any work-related issues with your supervisor or manager. Your supervisor or manager may already be aware of the problem or be in a position to offer a different perspective or some new facts that may be helpful to you. You are encouraged to follow the specific levels of management in your department, operation, or work group since this is often the most direct way of getting matters resolved.

However, you may also initiate the EDR Open Door Step by making contact within 12 months from the event that forms the basis of your concern. You may submit an EDR Request Form (found at the end of this guide) to disputeresolution@ups.com. This form will give you an opportunity to describe the issue, your previous efforts to resolve it, and your recommendations for a resolution.

A Human Resources representative will contact you informally and other parties involved in an attempt to resolve the dispute. Upon reviewing the information gathered, a non-binding Final Determination by Human Resources will be issued.

### Non-Binding Nature of the Open Door Step

The results reached at the Open Door step are not binding. If you are not satisfied with the outcome of this step, you must, within 30 days of the Final Determination of Human Resources, contact your EDR Facilitator or designated EDR contact to enter step two — Facilitation.

Failure to contact your EDR Facilitator or designated EDR contact within 30 days will waive your rights to pursue any further steps in the EDR Program.



D-HP-000951

2

Facilitation

# Step Two: Facilitation

If you are unable to resolve your dispute using the Open Door step, the next step in the process is Facilitation.

During Facilitation, your EDR Facilitator or the designated EDR contact provides assistance by helping resolve the dispute internally.

### Nature of the Facilitation Step

The Facilitation step is a required step in the EDR process if you are not satisfied with the outcome of the Open Door step and wish to continue with the program. In order to raise your concerns in any of the additional steps in EDR, you must attempt to resolve your dispute through Facilitation with your EDR Facilitator or designated EDR contact.

### Claims That May Be Asserted

You may assert any covered work-related dispute through the Facilitation step.

### How To Initiate the Facilitation Step

When your EDR was approved, you were provided with contact information for your assigned EDR Facilitator or designated EDR contact. The Facilitation step is initiated by contacting your EDR Facilitator or designated EDR contact verbally or in writing. You may also submit a copy of the EDR Request form (found at the end of this guide) to the EDR Facilitator or designated EDR contact.

The Role of the EDR Facilitator is to:

- Guide you through the steps of the EDR process.
- Ensure that all reasonable avenues of the Open Door step have been explored.
- Serve as a trained facilitator by helping to resolve the dispute internally, between you and the company.
- Keep the lines of communication open and explore opportunities to resolve the dispute to the satisfaction of both parties. The EDR Facilitator is neither there to make judgments regarding the merits of a dispute, nor to render a decision; the EDR Facilitator helps both sides consider the best way to settle the dispute.
- Act as a moderator at Peer Review Panel Conferences (see Step Three).

If there is not an assigned EDR Facilitator in your work location, the Corporate EDR Administrator will designate a qualified EDR contact to carry out the responsibilities of the EDR Facilitator.

### Non-Binding Nature of the Facilitation Step

The results of the Facilitation step are not binding. If you are not satisfied with the Final Determination of the EDR Facilitator, you must notify the EDR Facilitator or the designated EDR contact within 30 days. At this point you can choose to enter the Peer Review step or proceed to Mediation.

Failure to contact the EDR Facilitator or designated EDR contact within 30 days will waive your rights to pursue any further steps in the EDR program.



D-HP-000952

### Documentation Required

While no formal documentation is required at the Facilitation step, you may submit an informal written account of your dispute and the EDR Request Form to the EDR Facilitator or designated EDR contact if the form has not previously been submitted. This written account may include:

- A description of the work-related incident.
- A description of efforts to resolve this issue prior to and during the Open Door step.
- Your recommendations to resolve the dispute.
- Any other documents to support your position.





D-HP-000953

3

Peer Review

# Step Three: Peer Review

If you are unable to resolve your dispute using the Facilitation step, the next step in the process is Peer Review.

The Peer Review step gives you the opportunity to present your dispute to a three-member group of your peers.

## Nature of the Peer Review Step

The Peer Review step is an optional step in the EDR process. You may choose to bypass the Peer Review step and proceed directly to step four — Mediation. If you choose the Peer Review step, the company is required to participate unless the Corporate EDR Administrator determines that the dispute is of a confidential nature and/or is deemed otherwise inappropriate for Peer Review.

## Claims That May Be Asserted

You may assert any claims concerning the application of company policy, as well as the same claims covered by the Arbitration step which include, but are not limited to:

- Claims based upon alleged breach of contract.
- Claims based in tort.
- Claims based upon alleged violations of public policy.
- Claims based upon allegations of unlawful discrimination.
- These claims include all bases of discrimination under federal law and under the laws of the state or localities in which you work; including, but not limited to national origin, race, religion, and sex. Some of the statutes which provide for such claims are Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Family and Medical Leave Act.
- Claims based upon alleged breach of a right created by constitution, statute, regulation, or ordinance.

## How To Initiate the Peer Review Step

The Peer Review step is initiated by notifying the EDR Facilitator or the designated EDR contact, and submitting the EDR Request Form (found at the end of this guide), if previously not submitted. This form gives you an opportunity to describe:

- Your work-related issue.
- Your previous efforts to resolve the issue and the reasons you are dissatisfied with the results.
- Your recommendation on how to reach a fair resolution of the dispute.

Copies of any additional relevant documentation should be attached to the form. Upon receipt of the form and/or additional documentation, the Corporate EDR Administrator will ensure the request meets program guidelines, approve it, and send both parties notification of approval.



D-HP-000954

### Selection of Peer Review Panel Members

The Peer Review Panel consists of three UPS employees. Two members will be chosen by you at your job level or higher, and one member at your job level or higher will be chosen by the company.

To make your selections, you will receive a list eligible employees. You should select two primary and two alternate members from the list. If a suitable Peer Review Panel mix is not possible at your location, the EDR Facilitator or designated EDR contact will make other arrangements that are satisfactory to both parties.

You and the company have the right to eliminate one selection made by the other.

No employee may serve on a Peer Review Panel who the company determines has a conflict of interest with the employee utilizing the EDR program. Additionally, employees in a supervisory relationship with one another, or who work within the same department or division as each other, are not permitted to serve on the same panel.

### Training of Peer Review Panel Members

Training for Peer Review Panel members will be conducted by the EDR Facilitator or designated EDR contact. All Panel members attend a training course, focusing on effective listening skills, the importance of confidentiality, and the necessity of making recommendations that are impartial and fair to all parties.

Peer Review Panel members will be required to sign a confidentiality agreement as a condition of participation in the Peer Review process.

Participating in a Peer Review Panel is voluntary. Peer Review panel members and facilitators participate in the program as a service to fellow employees.

### Peer Review Conference

Once you and the company have reached agreement on the Peer Review Panel members, the EDR Facilitator or the designated EDR contact will set a time, date, and location for a Peer Review Conference. In addition, the EDR Facilitator or designated EDR contact will serve as a non-voting moderator at all Peer Review Conferences.

Both you and the company will have an opportunity to submit a position statement of your claim 10 days before the Peer Review Conference. This position statement is different from the brief description of the dispute provided in the EDR Request Form.

Your position statement should contain a description of the incident, all parties involved, any witnesses or documents, and the remedy you are seeking. Your position statement and the company's position statement will be reviewed by the Peer Review Panel members prior to the Peer Review Conference.

Witnesses will appear alone before the Peer Review Panel members, and neither party will be allowed to question witnesses.

### Which Documents Will be Considered at the Conference

During the Peer Review Conference, presentations of the positions held by both parties will be limited to the evidence and the issues. The time for presentation should not exceed 60 minutes, for each side.

You, as well as the company, may choose another employee to present your position. An employee serving as a presenter on behalf of either party will be bound by all the rules of the Peer Review process including confidentiality provisions.

With the exception of the EDR Request Form, Confidentiality Forms and the Peer Review's non-binding recommendation, all notes and documents created by Peer Review Panel members in association with the process will be destroyed when the Peer Review's recommendation is made.

## Non-Binding Nature of the Peer Review Recommendation

After listening to the information presented during the Peer Review Conference, the three Panel members will deliberate and provide a non-binding recommendation. This is not a decision, instructions, or an order. The recommendation may suggest any equitable non-monetary or monetary resolution of a dispute.

The Peer Review Panel members should attempt to render their recommendation, in writing, on the day of the conference, but not more than five business days after the conference. The recommendation only requires a majority vote, not a unanimous one.

The recommendation will be provided in writing by the EDR Facilitator to both the employee and the company. You and the company will have 10 business days to either accept or reject the recommendation from the Peer Review Conference. If the recommendation of the Peer Review Panel members is accepted, the resolution will be put in writing and signed by you and a representative of the company.

If you are not satisfied with the outcome in this step, you must, within 30 days of the rejection of the Peer Review Recommendation, submit an EDR Request Form, if you have not previously done so, to disputeresolution@ups.com and/or notify the EDR Facilitator or the designated EDR contact verbally or in writing that you are requesting to enter the fourth step — Mediation.

If you do not make the notification within 30 days, you will waive your rights to pursue any further steps in the EDR Program.




D-HP-000956

4

Mediation

# Step Four: Mediation

If you are unable to resolve your dispute using the required Facilitation step or the optional Peer Review step, the next step in the process is Mediation.

Mediation is a meeting during which an external, neutral third-party, called a mediator, helps you and the company find a solution that is mutually acceptable. The mediator acts as a catalyst, helping the parties reach agreement by identifying issues, exploring possible bases for agreement, and attempting to reach a solution that is satisfactory to both parties. The mediator does not impose his or her will or judgment on the parties, but helps them decide for themselves whether to resolve the matter and on what terms.

### Nature of the Mediation Step

Mediation is an optional step for you and the company. However, in order to proceed to the Arbitration step, you must have attempted to resolve your dispute in mediation.

### Claims That May Be Asserted

You may assert any claims concerning the application of company policy, as well as the same claims covered by the Arbitration step which include, but are not limited to:

- Claims based upon alleged breach of contract.
- Claims based in tort.
- Claims based upon alleged violations of public policy.
- Claims based upon allegations of unlawful discrimination.
- These claims include all bases of discrimination under federal law and under the laws of the state or localities in which you work; including national origin, race, religion, and sex. Some of the statutes which provide for such claims are Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Family and Medical Leave Act.
- Claims based upon alleged breach of a right created by constitution, statute, regulation, or ordinance.

### How To Initiate the Mediation Step

The Mediation step is initiated by notifying the EDR Facilitator or the designated EDR contact, and, submitting the EDR Request Form (found at the end of this guide) if you have not previously done so, to disputeresolution@ups.com. At the time you request to participate in the Mediation step, you will have the opportunity to:

- Confirm your request for the mediation organization to be used.
- Name the individual(s) involved in the issue.
- Describe the nature and details of your issue (if necessary).
- Indicate the EDR steps you have utilized.
- Indicate the type of relief you are seeking.

Upon notice of your intent to proceed to Mediation, the Corporate EDR Administrator will ensure the request meets program guidelines, approves it, and sends both parties notification of approval.



D-HP-000957

### Legal Representation and Costs of the Mediation Process

Legal representation is optional at the Mediation step. However, if you decide to bring an attorney to mediation, the company may bring one as well.

If you decide to use an attorney, you are responsible for your legal fees, including any late cancellation fees caused by you or your attorney. Failure to pay these fees will result in closure of your EDR case.

UPS will pay the administration fees, including the mediator's cost, throughout the entire process. However, you may elect to pay these fees or divide the fees with the company.

### The Mediation Process

To proceed to the Mediation step, you must notify the EDR Facilitator or designated EDR Contact via disputeresolution@ups.com within 30 days of the rejection of the recommendation of the Peer Review Panel; or within 30 days of the end of the Facilitation Stage (if the decision to skip Peer Review is selected).

Mediation will be administered by an external alternative dispute resolution provider mutually agreeable to you and the company. You have the right to participate in the selection of the mediator from a list offered by the external provider.

While we expect that you and the company will attempt to designate a mutually satisfactory mediator, the external provider will have the authority to designate a mediator if you and the company cannot agree upon the individual.

Mediation will take place at a mutually agreed upon location. The mediation process can take as little as one or two hours or can last an entire day.

The mediator normally begins with a meeting at which both parties are present. This allows you and the company to state positions so the mediator can better understand the situation.

The mediator may meet separately with each party to probe issues and find a solution acceptable to all, moving back and forth between the parties until the case is settled or until the parties determine that the case cannot be resolved.

Mediation is confidential, which means that, as allowed by law, no statement made in the process of trying to resolve the dispute may be used in any later proceedings for any purpose.



D-HP-000958

### Non-Binding Nature of the Mediation Step

The results of the Mediation step are not binding. However, if you and the company agree on a solution, all parties enter into a written settlement agreement that does become binding.

If the result of Mediation was unsuccessful and an agreement could not be attained, you have 30 days from the date the Mediation was closed to request to enter the fifth stage of EDR, Arbitration.

Failure to notify the EDR Facilitator or designated EDR Contact within 30 days will waive your rights to pursue the final step in the EDR program.




D-HP-000959

5

Arbitration

# Step Five: Arbitration

The Arbitration step can be used if the Mediation step fails to solve your dispute. Like mediation, arbitration is a process that involves an external, neutral third party, however arbitration results in a decision that is binding on both parties.

Although arbitration is usually less formal and quicker than court litigation, it is an orderly proceeding, conducted in accordance with the established rules of procedure and legal principles; therefore, it is a form of trial.

Both sides have the opportunity to present documents and witnesses in support of their positions. A hearing can take several hours or several days, whatever is necessary to ensure a full and fair development of your case and the company's case.

If the arbitrator decides in your favor, you can be awarded any remedy you might obtain from a court of law, including back pay, reinstatement, attorney's fees, and punitive damages.

### Nature of the Arbitration Step

Arbitration is an optional step for you and the company. If you choose Arbitration and the company elects not to participate, the EDR process ends.

### Claims That May Be Asserted

An employee may assert only claims involving legally protected rights at the Arbitration step. These legal claims include, but are not limited to:

- Claims based upon alleged breach of contract.
- Claims based in tort.
- Claims based upon alleged violations of public policy.
- Claims based upon allegations of unlawful discrimination.
- These claims include all bases of discrimination under federal law and under the laws of the state or localities in which you work; including national origin, race, religion, and sex. Some of the statutes which provide for such claims are Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Family and Medical Leave Act.
- Claims based upon alleged breach of a right created by constitution, statute, regulation, or ordinance.
- Claims pertaining to the enforceability of the arbitration agreement. These claims include, but are not limited to, all matters related to the formation of the agreement and to the arbitrability of particular disputes. Therefore, all questions regarding the arbitrability of claims will be decided by the arbitrator and not by a court of law.



D-HP-000960

Arbitration under EDR does not cover:

- Workers' Compensation claims.
- Unemployment insurance claims.
- Health, welfare, compensation, and retirement benefit claims covered by special appeals processes explained in governing plan documents.
- Claims for injunctive or equitable relief (for example, claims by the company to protect confidential, proprietary, or trade secret information).
- Claims that are expressly excluded by a statute from arbitration or that are expressly required by federal statute to be arbitrated under a different procedure.
- Employees who have received benefits under a Separation Allowance Plan in exchange for signing a severance agreement and release.
- Claims challenging business decisions such as the decision to restructure, reorganize, or downsize or divest in a business, unless such decision is alleged to have violated the employee's legally protected rights.

### How To Initiate the Arbitration Step

The Arbitration step is initiated by notifying the EDR Facilitator or the designated EDR contact and submitting an EDR Arbitration Request Form (found at the end of this guide) via disputeresolution@ups.com.
Finally, you may choose to update your EDR request form to:

- Request the arbitration organization to be used.
- Describe the nature and details of your issue.
- Name the individual(s) involved in the issue.
- Indicate the EDR steps you have used.
- Indicate the type of relief you are seeking.

Copies of any relevant documentation should be attached to your EDR Arbitration Request Form. Upon receipt, the EDR Administrator will ensure the request meets program guidelines. If it does, then the EDR Administrator will review the request with the company to determine if they wish to pursue Arbitration. The company may decline your arbitration request, however if the company chooses to pursue Arbitration, then both parties will sign an Arbitration Agreement.

### Legal Representation and Costs of the Arbitration Step

Legal representation is optional at the Arbitration step. However, due to the formal nature of the proceedings, the company will be represented by legal counsel.

If you decide to use an attorney, you are responsible for your legal fees, including any late cancellation fees caused by you or your attorney. Failure to pay these fees will result in closure of your EDR case.

UPS will pay the administration fees, including the arbitrator's cost throughout the entire process. However, you may elect to pay these fees or divide the fees with the company.

### Arbitration Process

Arbitration is a process in which you and the company bring your dispute to a neutral, third party who is trained to handle employment disputes. Unlike mediation, the neutral individual, called the arbitrator, presides over a hearing during which each side has the opportunity to present documents and witnesses in support of its position. In addition, you and the company agree to be bound by the arbitrator's decision.

To proceed to the Arbitration step, you must submit a written request for Arbitration to the Corporate EDR Administrator.

You and the company must sign an Arbitration Agreement prior to the arbitration.

After you and the company select a mutually agreeable arbitration organization, that organization will send a list of employment arbitrators, along with biographical information such as education, years of experience, references, and their involvement in prior cases.

You and the company mutually agree on the choice of an arbitrator from this list. If a mutually acceptable candidate cannot be identified, the external organization will have the authority to make the selection from the approved lists of both parties.

A hearing date is arranged at a neutral site. A hearing can take several hours or several days, whatever is necessary to ensure a full and fair development of your case and the company's case.

The arbitrator runs the proceedings, which are held privately in an informal setting — a setting where testimony is given, evidence presented, and witnesses are questioned and cross-examined by either the parties themselves or their lawyers.

Unlike mediation, the arbitrator issues a written decision, commonly called an award, that is binding on both you and the company, except as otherwise specified in the Arbitration Agreement.

### Guidelines Governing the Arbitration Process

All disputes will be heard by a single arbitrator. The American Arbitration Association National Rules for the Resolution of Employment Disputes applicable at the time of the dispute will govern the arbitration proceedings, so long as those guidelines incorporate the minimum elements of due process, as described in the following paragraph.

> *The arbitration process will be initiated by submitting a written request to UPS to arbitrate, rather than by following the procedures of the outside ADR provider. The arbitrator must apply the federal or state substantive law that would have governed your employment dispute had it been heard in federal or state court (including, but not limited to, the applicable statutes of limitation, the applicable order and burden of proof, and the applicable remedies that would have been unavailable if the dispute had been heard in federal or state court). The arbitrator also may not award a remedy that neither you nor UPS has requested. Finally, the guidelines must provide for fair discovery.*


D-HP-000962

### Waiver of Unasserted Claims

Employees who decide to arbitrate their dispute with UPS should assert, at the time of the arbitration, any and all claims that they believe they may have against the company. If you sign an agreement with UPS to arbitrate your employment dispute, you will be waiving the right to assert, after the arbitration, legal claims against UPS that arose before the arbitration and that could have been asserted in the arbitration.

### Binding Nature of the Arbitration Step

The results of the arbitration are binding upon you and the company, except as may otherwise be specified in the Arbitration Agreement. If the state in which you work provides the right to appeal an arbitration decision, those rights will apply to you and the company.



# Questions and Answers

**Does the Open Door step under the UPS EDR Program differ from the Open Door Policy?**

No. The Open Door Policy is still an avenue for employees to raise issues with various levels of management. The Open Door step builds upon the policy and has become the first step in the five-step UPS EDR Program.

**What do I do if my supervisor ignores the Open Door step or retaliates against me for bringing an issue to his/her attention?**

If the first person you approach under the Open Door step is unresponsive or attempts to retaliate against you, proceed immediately to the next level of management in your area. Human Resources is responsible for ensuring employees face no retaliation for use of this process. You may also contact UPS Ethics Hotline to report any such workplace concerns at 1-800-220-4126 or online at UPSethicshotline.com.

**How will involving the EDR Facilitator or designated EDR contact in the Facilitation step help resolve my dispute?**

The EDR Facilitator or designated EDR contact has received special training to help bring disputes to a speedy, agreeable conclusion. They remain neutral, are sources of information and education about EDR, and can guide you through the process.

**What are the benefits of going through Peer Review?**

Peer Review provides a way for employees to resolve disputes through a panel of their peers. In companies where the Peer Review process is used, it has been accepted by employees as fair and equitable. It also is a process that helps instill a spirit of trust and cooperation between both parties by building a better understanding and appreciation of each party's perspective.

**What resources will Peer Review Panel members be permitted to access in formulating a recommendation?**

The EDR Facilitator or designated EDR contact will ensure that Peer Review Panel members receive any non-confidential information that is critical to their ability to make sound, fair, and impartial recommendations.

**What's the difference between a mediator and an arbitrator?**

Both the mediator and the arbitrator are external, neutral third-party experts used to help resolve disputes. In mediation, the mediator helps the parties reach a mutually acceptable solution, but does not give a final, binding decision. In arbitration, the arbitrator renders a decision that is binding on all parties. The arbitrator's decision cannot be appealed, except in rare circumstances.

**Are there guidelines to ensure the Mediation process is fair?**

Yes. The procedures pertaining to the mediation process are described in this booklet. You have the right to participate in the selection of the mediator from the list provided by an external mediation organization of your choice. While we expect that you and the company will attempt to designate a mutually satisfactory mediator, the outside mediation organization will have the authority to appoint a mediator if you and the company cannot agree on a candidate.


D-HP-000964

**Does EDR prevent me from having a court trial?**

No. In step five, you have the option to submit the dispute to an arbitrator or utilize the court system, but once you make your selection, you must abide by the process and the outcome of your selection. If you select arbitration and are not satisfied with the arbitrator's decision, you or the company cannot appeal that decision to the court system, except in rare circumstances. The decision in arbitration is binding on both parties.

**Do I have to go through Mediation before proceeding to Arbitration?**

Yes. Mediation is a step in the EDR process and is beneficial to both parties. Each step of the EDR process is specifically designed to keep the lines of communication open, allowing you and the company multiple avenues to resolve differences.

**Do I have to hire an attorney to go to Mediation or Arbitration?**

No, although you may wish to use an attorney to represent you or to provide legal consultation. If you decide to bring an attorney to mediation, the company may bring one as well. Legal representation is optional at the Arbitration step, however, due to the formal nature of the proceedings, the company will be represented by legal counsel. If you hire an attorney, you are responsible for those legal fees.

**Why has UPS included Arbitration as an option in its EDR Program?**

For many employers and employees, arbitration is proving itself to be a better way to resolve employee disputes than litigation in the civil courts. Traditional litigation is very expensive for both parties, win or lose, and often takes years to reach resolution.

**Can an arbitrator award the same kind and amount of damages as a court or jury can?**

Yes. Remedies that can be awarded by an arbitrator are exactly the same as those available in court (e.g., back pay, reinstatement, attorney's fees, and punitive damages). The arbitrator must apply the federal or state substantive law that would have been applied in federal or state court (including, but not limited to the applicable statutes of limitation, the applicable burden of proof, and the applicable remedies). The arbitrator may not grant remedies that would have been unavailable if the dispute had been heard in federal or state court.

**If I am separated and elect to pursue Arbitration, does the arbitrator have the power to reinstate me?**

Yes, the arbitrator has the power to reinstate you. And, because the case could be arbitrated much sooner than it would be tried in court, any such reinstatement could happen within months rather than years.

**Will I still be able to go to the Equal Employment Opportunity Commission (EEOC) after I begin the EDR Process?**

Yes. You may consult the appropriate state Human Rights Commission, the EEOC, or any other government regulatory body regarding your workplace issue at any time during the EDR process. However, UPS hopes that the EDR process will resolve all disputes to everyone's satisfaction.

**What if the cause of my dispute is an on-the-job injury?**

EDR does not cover Workers' Compensation or unemployment insurance claims. If you need help with a problem regarding your claim for Workers' Compensation or unemployment insurance benefits, contact your district's Human Resources Department.



D-HP-000965

# EDR REQUEST FORM

Employee Name: ____________________________________________

Employee ID: ____________________ Position: ____________________

District / Location: ____________________________________________

Supervisor /Manager: ____________________________________________

Home Phone: ______________ Work Phone: ______________ Cell Phone: ______________

Preferred Contact #: ☐Home / ☐Work / ☐Cell

E-mail: ____________________________________________

Home Address: ____________________________________________

Date of Incident: ____________________________________________

Please describe your work-related issue in detail (please attach additional sheets as necessary): ____________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

Please identify any supervisors, co-workers, or others who you believe are responsible for the work-related issue described above:__________

____________________________________________

What efforts have you made to resolve this issue prior to EDR?: ____________________

____________________________________________

Please describe the relief you are seeking: ____________________

If your request ultimately proceeds to the Mediation step of EDR, please indicate your choice of external alternative dispute resolution organization to be used:

☐ ADRVantage - www.adrvantage.com

☐ AAA - www.adr.org

☐ ADR Services, Inc. (CA and NV only) - www.adrservices.org

☐ Local Organization ____________________ (To Be Mutually Agreed Upon)

By submitting this request, I acknowledge that I am subject to the UPS Employee Dispute Resolution ("EDR") process and must comply with the EDR Program Guidelines ("Guidelines"). I acknowledge that I have received a copy of the Guidelines, that I have read the Guidelines and that I understand the contents of the Guidelines. I understand that if my request is not resolved at any given step of the EDR process, I must notify the Corporate EDR Administrator within 30 days of my desire to move to the next step of the process or I will waive all rights to pursue EDR further. I understand that I may be asked to submit additional information relating to my request and that other forms may need to be completed in connection with the Peer Review, Mediation and Arbitration steps of EDR. I acknowledge and agree that the Arbitration step of the EDR process is optional for the Company and that I have no right to compel the Company to arbitrate the dispute that is covered by this request. Finally, by my signature below, I waive my right to bring any legal action against the EDR Administrator, facilitators, peer panel members, facilitators and mediators based on their participation in the EDR process.

____________________ ____________________ __________

Employee Name (Print) Employee Signature Date

SEND COMPLETED FORM TO: **UPS Corporate EDR Administrator / Human Resources Department**

**Email: disputeresolution@ups.com** **Mail: 55 Glenlake Parkway, Atlanta, GA 30328**

Phone: U.S. 1-800-877-6947 • Canada 1-844-877-6947 • Puerto Rico 1-833-951-2497

confidential

# EDR
# ARBITRATION REQUEST FORM

Employee Name ______________________

Work Location ______________________

Home Phone (___) ______________________

Cell Phone (___) ______________________

E-mail ______________________

Date of Incident ______________________

Employee ID ______________________

Supervisor/Manager ______________________

Your Position ______________________

**Send to:**
UPS Corporate EDR Administrator
Human Resources Department
55 Glenlake Parkway
Atlanta, GA 30328
Email: disputeresolution@ups.com

Phone:

| | |
|---|---|
| United States | 1-800-877-6947 |
| Puerto Rico | 1-833-951-2497 |
| Canada | 1-844-877-6947 |

Where would you like notifications sent? ☐ Home ☐ Work

Indicate your choice of external alternative dispute resolution (ADR) organization to be used:

☐ ADRVantage - www.adrvantage.com ☐ AAA - www.adr.org ☐ ADR Services, Inc. www.adrservices.org *(CA, NV only)*

☐ Local Organization ______________________
*(Mutually agreed upon)*

Describe your work-related issue:

Name the individuals against whom you are bringing the issue:

What relief are you seeking?

I acknowledge that I am subject to the UPS Employee Dispute Resolution process, which is the sole and exclusive remedy of all covered claims. I understand that the decision rendered by the arbitrator is nal and binding for both parties. I waive my right to bring any legal action against the peer panel members, facilitators and/or Administrator based on their participation in the EDR process.

| Employee Name (Print) | Employee Signature | Date |
|---|---|---|
| UPS Representative Name (Print) | UPS Representative Signature | Date |

**To be completed by UPS**

Date(s) of Arbitration hearing: ______________________

Arbitration Decision: ☐ Employee ☐ Company

Summary of the award:

| Employee Name (Print) | UPS Representative Name (Print) | Date |
|---|---|---|
| Employee Signature | UPS Representative Signature | Date |

Please note: When the Arbitration decision is received, the EDR process is automatically closed.

# ADDITIONAL DOCUMENTATION (NOTES)