# EXHIBIT O

Desert Mtn. – Montana
21-MTN-0672
Butte MT
Falsification Delivery Scan

To: File

From: Clay Holloway – Security Supervisor

Date: February 26, 2024

Re: Falsification Delivery Scan

---

**Findings**

- Butte (5970) Center used "Future", "Not In One", and "No Such Number" exception scans for packages missed on road. From 01JUN21 through 31JUL21, Butte had 357 Future packages, 917 No Such Number, and 642 Not In One scans per DIR data.
- Multiple Part-Time Management and hourly personnel corroborated and substantiated that service failures were being falsified in the Butte Center.
    - Ethan Cooney, Butte Part Time PDS, directed clerks to put "Future" and "No Such Number" scans on misloaded packages that were unable to make service.
        - Cooney stated that consignee would be contacted to gain consent to deliver missed packages the next day.
        - Cooney stated that some misloaded packages would also be entered as "No such Number" and "No such Person" because the route did not deliver to the intended address.
        - Cooney stated that the practice had been used since he started in 2018 but could not recall who trained him on the process.
    - Brady Koenig, Butte PT Local Sort Supervisor reported that Josh Bowman, Bozeman On Road Supervisor instructed him to sheet misload packages that are not delivered as "No Such Number"
        - Bowman instructed to use Apartment 0 when doing address corrections.
    - Butte Preload Supervisor Angela Mooney substantiated that Bozeman Management gave directive to tell drivers to sheet misloaded packages as No Such Number.
    - Butte P.M. Clerk Deborah Matule corroborated other witness statements of Bowman instructing the use of "Apartment 0" when doing address corrections.
    - Samuel Ingham, Former Butte On Road Supervisor, confirmed the use of "Future" scans on misloaded packages. Ingham is currently a Business Manager in East Montana: Miles City, Glendive, and Wolf Point.
        - Ingham stated that the use of "Future" scans for consenting consignees had been the practice since 2016, and that it was used by former On Road Supervisor Joe Ungretti. Ungretti left the company in 2017.
- Bradley Tolson, Butte/Bozeman Business Manager denied any knowledge of sheeting misloaded packages as No Such Number.
    - Tolson provided text to Koenig to show that he has instructed them to sheet as Missed.
- Josh Bowman, Bozeman On Road Supervisor, admitted that he has been engaged in the practice of falsifying service failures for the past six (6) years.
    - On September 9, 2021, Bowman was dishonest in a Security & HR interview by denying that he instructed Koenig to sheet misloaded packages as No Such Number.
        - Bowman called Koenig after the interview and instructed him to "play dumb". Bowman has tampered with witnesses.
    - On September 20, 2021, Bowman was interviewed a second time, and initially denied the practice of falsifying Service Failures, but ultimately admitted to the longstanding practice of using different exceptions scans to falsify Service Failures. Bowman also admitted to giving instructions to sheet service failures as No Such Address, among other exceptions depending on the day.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

- Bowman said that the practice is common because of pressure from upper management. He said that he had been instructed to do so by former Montana Division Manager Jay Yeager.

**Summary**

On 27JUL21 EPIM case 2021-7-35782 was assigned to Security Supervisor Clay Holloway, regarding the use of Not In One scans on packages that missed service. The concern was called in by three (3) year service provider Heidi Johnson.
On 29JUL21, Holloway interviewed Johnson in the presence of Shop Steward Shane Sheehan. Johnson confirmed that she was aware of the concern and that she thought the use of fraudulent exception scans would fall back on the drivers for discipline if discovered. Johnson said that she was unaware of who gave the directive for the use of the exception scans.
On 13AUG21, Holloway interviewed Part Time PDS Ethan Cooney, who confirmed that the use of “Future”, “No Such Number” and “No Such Address” exceptions had been the practice for misloaded packages that were unable to be delivered. Cooney could not recall who trained him to use the exception scans for such packages.
On 23AUG21, Holloway interviewed former On Road Supervisor Samuel Ingham, who also confirmed the use of the aforementioned exception scans. Ingham said that the practice was in place as far back as 2016 when he was trained by former On Road Supervisor Joe Ungretti.
On 24AUG21, Holloway was informed by Mountains Security Director Carey Kuhl, of communication between District Operations Management and Division Operations. The communication was to address the improper use of exception scans and to gain commitment from Division Operations to cease the practice. A request for email communications was made. Holloway conducted a DIR analysis between 01JUN21 and 31JUL21. Butte had 357 Future packages, 917 No Such Number, and 642 Not In One scans per DIR data.
On 02SEP21, Holloway interviewed PT Local Sort Supervisor Brady Koenig. A policy review was done. Koenig said that the process in the past for misloaded or missed packages was to tell drivers to sheet as No Such Person or No Such Number. Koenig was instructed to do this by On Road Supervisor Josh Bowman and that he had overheard others say that Business Manager Brad Tolson gave the same instructions.
On 03SEP21, Holloway received email correspondence between District Operation Manager Troy Emerson and Division Managers instructing the correct use of Future exceptions. Tolson had questions regarding customers calling to future a delivery for the next day after packages had been out for delivery. The emails made no mention of the improper use of No Such Number exceptions.
On 09SEP21, Holloway interviewed Tolson regarding the use of No Such Number exceptions. Tolson acknowledged that using that exception for misloaded packages was unacceptable and that he has never given such instruction to anyone. Tolson provided a text thread to Koenig showing that he instructed Koenig to sheet packages that miss service as missed and nothing else. Tolson said that maybe Koenig misunderstood a process.
Holloway interviewed Bowman who denied telling Koenig to use No Such Number exceptions for misloaded packages. Bowman stated that he has had little contact with Koenig and the correspondence that they did have was to discuss timecard issues.
Koenig called Holloway within 30 minutes of the Bowman interview to disclose that Bowman called Koenig to tell him to “play dumb” when questioned about exception scans. Koenig explained that the instruction from Bowman was not misunderstood and contained specific instruction to complete an address change using “Apartment 0” so that the exception would work. Koenig said that P.M. Clerk Deborah Matule was also present when Bowman gave the instruction. Matule was currently on vacation and will return 13SEP21. Koenig also said that on September 3, 2021, Service Provider Ryan Kolman brought him three (3) misloaded packages that Kolman was instructed to sheet as No Such Person. Koenig did not know who gave the directive.
On 10SEP21, Holloway interviewed Kolman and was told that PT Package Center Supervisor Angela Mooney instructed him to sheet three misloaded packages as No Such Person on September 3, 2021.
On 13SEP21, Holloway interviewed PT Package Center Supervisor Angela Mooney, who stated that she was directed by management in Bozeman, MT, to instruct drivers to sheet misloaded packages as No Such Number. Mooney was unable to recall who gave the directive, but said that it was either Business Manager Brad Tolson or On Road Supervisor Josh Bowman.
On 13SEP21, Holloway interviewed PT Local Sort Clerk Deborah Matule. Matule stated that she was told by Bowman in person, to use “Apartment 0” when entering address corrections to packages that were misloaded and sheeted No Such Number by the driver. Matule was instructed to not enter any package as misloaded or Left In Building.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

On 14SEP21, Holloway attempted to interview Bowman but was informed that Bowman was on vacation until 20SEP21. Holloway will interview both Bowman and Tolson on that date for resolution.
On 20SEP21, Holloway interviewed On Road Supervisor Josh Bowman. Bowman admitted to instructing clerks and others to use exception scans to hide service failures. Bowman said that he had been given the directive from former Montana Division Manager Jay Yeager. Bowman said that the practice had been in place since he started as a Full-Time Supervisor six (6) years ago.
Allegations in the concern have been substantiated.

**<u>Interviews</u>**

- <u>Heidi Johnson Service Provider - EMP ID 5713045– DOE 07NOV18</u>
  On July 20, 2021 at 0945, I interviewed Service Provider Heidi Johnson in the presence of Shop Steward Shane Sheehan.
  I asked Johnson if she was aware of a concern regarding improper use of exception scans in Butte. Johnson said she was and that she had contacted the Ethics Concern Hotline last week to report the concern. I asked Johnson to explain the situation in Butte regarding instruction to not sheet any package as Missed On Road. Johnson said that all drivers have been instructed to sheet all missed packages as either Not In One, No Such Number, or No Such Person. Johnson said that she and the other drivers know that it is not the way they were trained and are worried that repercussions would fall on the drivers and not management who gave the drivers instruction. Sheehan added that these instructions were given in January or February of 2020, and that drivers have been reminded since then to continue sheeting packages with any exception but missed. I asked Johnson and Sheehan who specifically gave the instructions. Sheehan said that the former On Road Supervisor Sam Ingham had given the instruction. Sheehan said that he did not know who gave Ingham the directive. Sheehan said that it could have been Business Manager Brad Tolson or former Division Manager Jay Yeager. I asked them both if they had been given instruction to sheet missed packages as Future or Emergency. Sheehan said that they did not want missed packages sheeted as future if they were residential and to not regularly sheet as future. He also said that emergency exceptions were left to the driver's discretion and has been used recently due to wildfires in the area. Sheehan did not think that emergency exceptions were being abusively used. I asked if I could interview in the future with more questions. Both agreed to speak with me. The interview concluded at 1007.

- <u>Ethan Cooney PT PDS - EMP ID 5529654– DOE 29MAY18</u>

  On August 13, 2021 at 1110, I Clay Holloway Security Supervisor, interviewed PT Preload Dispatch Supervisor Ethan Cooney in the presence of PT Security Supervisor Meagan Ferguson. UPS Policy was reviewed with Cooney.
  I asked Cooney what the process was for any packages missed on road. Cooney said that they should be sheeted as missed, unless they were a misload, then to sheet as No Such Number. I asked Cooney who told him to have them sheeted as No Such Number. Cooney said he could not remember, but that was the way he was trained. I asked if he ever directed drivers to sheet as Not in One. Cooney said that he had never told drivers to do so. I asked Cooney about sheeting packages as Emergency. Cooney said that only if there were true emergency conditions. Cooney said that over the past month, there had been fires in remote areas and road closures, so packages were sheeted as Emergency. I asked if any received Future scans. Cooney said that Future scans are not allowed unless consented to by the consignee. I asked Cooney about the misload process. He said that drivers are supposed to call in as either Package Not Found, or if they find a misload. He said that if possible, arrangements are made to get the package delivered. If the package cannot be delivered, they are sheeted as No Such Number. I asked about drivers who do not deliver as instructed. Cooney said that those are usually the drivers who fail to call in misloads. He said that management has been addressing that issue and that drivers are getting better about calling in misloads. I again asked about sheeting as Not In One. Cooney said that he is unaware what drivers sheet as in the P.M. as he does not deal with drivers returning. He said that is Brady Koenig, the Local Sort Supervisor. I asked if former On Road Supervisor Sam Ingham would have knowledge of that process. Cooney said that Ingham would. Cooney agreed to further interviews if necessary. The interview concluded at 1130. Awaiting receipt of written statement.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

- Samuel Ingham former On Road Supervisor -EMP ID 4067451- DOE 27AUG13

On August 23, 2021 at 1330, I Clay Holloway Security Supervisor, interviewed Business Manager Samuel Ingham regarding past practices in Butte, MT. I asked Ingham if he knew the proper use of Not in One and Future scans on packages that had missed service. Ingham was able to articulate the proper use of Not In One scans. He said that he was trained in 2016 to scan misloads that were put on car and were unable to make service, as Future, if the consignee agreed to allow next day delivery. Ingham said that he could not recall who taught him to do so, but that it was likely former On Road Supervisor Joe Ungretti, who left the company in 2017. I asked Ingham if that was the correct process. He said that he thought it was acceptable if contact was made with the consignee and the consignee agreed to it. I advised Ingham that was not the proper process. I explained that anything that gets loaded on car and does not get delivered, needs to be scanned as missed. Ingham reviewed and signed UPS Policy Review. The interview concluded at 1350. Awaiting receipt of written statement.

- Brady Koenig Local Sort Supervisor- EMP ID 5098646- DOE 08MAY17

On September 2, 2021 at 1650, I Clay Holloway Security Supervisor, interviewed Part Time Local Sort Supervisor Brady Koenig. A UPS policy review was done.
I asked Koenig what the process is for packages missed or missorted. Koenig said that he was glad that I had called because he felt the process he was trained under was dishonest. Koenig said that he had been instructed to sheet misloaded and missed packages that were not delivered as No Such Number or No Such Person. Koenig said that past they had put Future scans on the packages if the consignee agreed to have it delivered a day late. I asked Koenig who told him to do that. Koenig said that On Road Supervisor Josh Bowman directly told him to. Koenig also said that he had overheard Business Manager Brad Tolson tell others to do the same. Koenig said that on August 2, 2021, he sent Tolson a text asking if the process could be to sheet missed packages as Missed. Tolson's response was "Will check". See Attachment.
Koenig also stated that he believed that the directive to sheet as No Such Person or No Such Number came from management above Tolson but was not sure. Koenig said that he has been telling drivers to sheet as Missed for the past 3 months. The interview concluded at 1707. A written statement was provided.

- Bradley Tolson Butte Business Manager-EMP ID 0313106- DOE 12MAR1992

On September 9, 2021 at 1300, I Clay Holloway Security Supervisor, interviewed Butte/Bozeman Business Manager Bradley Tolson in the presence of HR Manager Alecia Todd. A policy review was done.
I explained the situation and EPIM concern to Tolson and asked why drivers a clerks were being instructed to sheet misloaded packages as No Such Number. Tolson said that he was unaware of any instruction to do so. Tolson said that he knows that is not the correct process. I asked if On Road Supervisor Josh Bowman had ever issued those instructions. Tolson said that he did not thing that Bowman would do such a thing. Tolson said that he did not know of anyone who was trained that way and had never trained or instructed anyone to sheet misloaded packages as No Such Number. Tolson said that Butte has not had any issues with service failures in the past and could not understand why they would attempt to cover up service failures that way. I asked Tolson about the directive from District Operations on the use of Future exceptions. Tolson said that there was some confusion regarding Futures in his area because customers would call to ask to have their packages delivered the next day, after the package had been loaded and was out on car. Tolson said that he was ultimately told to use Future exceptions in those cases as long as he could validate the call from the customer. I asked Tolson why the use of No Such Number was common practice in Butte. Tolson said that it was possible that Local Sort Supervisor Brady Koenig misunderstood an instruction for a different process. I asked Tolson to explain the text between he and Koenig regarding a PCM for drivers to have them stop sheeting misloaded packages as No Such Number. Tolson showed me the entire text where Koenig had asked about a Left In Building package and if it could be sheeted other than No Such Number. Tolson replied to sheet the package as Missed. Koenig then asked about getting a PCM, in which Tolson replied that he would check. Tolson said that he meant to check if there was a corporate PCM that could be shared. The interview concluded at 1400.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

- Josh Bowman Bozeman/Butte On Road Supervisor- EMP ID 1678567- DOE 06JUL04

On September 9, 2021 at 1410, I Clay Holloway Security Supervisor, interviewed On Road Supervisor Josh Bowman. A policy review was done.
I asked Bowman if he knew the proper scan to put on misloaded packages that could not be delivered. Bowman said to sheet them as missed. I asked Bowman why others said he told them to sheet as No Such Number or No Such Person. Bowman denied telling anyone to do that. I explained that I had a written statement from PT Local Sort Supervisor Brady Koenig saying that Bowman had given the instruction. Bowman said that he seldomly talked to Koenig because Butte was not his assigned area. Bowman said that he had been in Butte recently to train drivers because there was no other On Road Supervisor at the facility. Bowman said that the only correspondence that he had with Koenig is to discuss timecard issues. The interview concluded at 1424.

- Brady Koenig Local Sort Supervisor- EMP ID 5098646- DOE 08MAY17

On September 9, 2021 at 1454, I Clay Holloway Security Supervisor, interviewed Butte PT Local Sort Supervisor Brady Koenig when Koenig called me. Koenig asked if I was still in Bozeman. I said that I was not. Koenig said that On Road Supervisor Josh Bowman had just called him and told him to "play dumb" if I called. Koenig said that Bowman told him to not say anything about prior instruction to sheet misloaded packages as No Such Number. I asked Koenig if Bowman had threatened him in any way. Koenig said that he had not. I asked Koenig about the specific conversation when Bowman instructed him to sheet misloaded packages as No Such Number. Koenig said that both he and P.M. Clerk Deborah Matule were at the Butte Center when Bowman instructed them to do address corrections on misloaded packages that had not been delivered, and to use "Apartment 0" so that they system would accept an address change to the same address. Koenig said that there was no misunderstanding of the instruction. Koenig said that Matule was on vacation and would return on September 13, 2021. Koenig also said that on September 3, 2021, Service Provider Ryan Koleman reported that he was instructed to sheet three (3) misloaded packages as No Such Person. Koenig did not know who gave the instruction. The interview concluded at 1305. Koenig provided a written statement.

- Ryan Kolman Butte Service Provider- EMP ID 5144991- DOE 21JUL17

On September 10, 2021 at 0932, I Clay Holloway Security Supervisor, interviewed Service Provider Ryan Kolman in the presence of Shop Steward Shane Sheehan.
I asked Kolman who gave him the instruction to sheet three (3) misloaded packages on September 3, 2021 as No Such Person. Kolman said the directive came from PT Package Center Supervisor Angela Mooney. Kolman did not know who told Mooney to give the instructions and that he was just working as instructed. The interview concluded at 0935.

- Angela Mooney Butte PT Package Center Supervisor- EMP ID 5554876 - DOE 17JUL18

On September 14, 2021 at 1000, I Clay Holloway Security Supervisor, interviewed PT Preload Supervisor Angela Mooney. A UPS Policy Review was done.
I advised Mooney that I was investigating an ethics concern and that on Friday September 3, 2021, she instructed Service Provider Ryan Kolman to sheet three (3) misloaded packages as No Such Number/Person. I asked Mooney to tell me where she received that directive. Mooney said that the directive came from Bozeman management approximately four to six weeks ago because they were to "bury" all missed packages. I asked Mooney who exactly told her to do this. Mooney said she could not remember if it was Josh Bowman or Brad Tolson. She said that she talks to Bozeman so often that she could not recall who she spoke with in July or August when the directive was given. Mooney agreed to provide a written statement. The interview concluded at 1010.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.


CONFIDENTIAL D-HP-002514

- Debora Matule Butte PT P.M. Clerk- EMP ID 3274638 - DOE 31OCT07

On September 14, 2021 at 1850, I Clay Holloway Security Supervisor, interviewed PT Center Clerk Deborah Matule in the presence of Shop Steward Shane Sheehan and Security Manager Matthew “Clyde” Fitzmaurice.

I explained that I was investigating fraudulent exceptions scans by the Butte Center that were being administered because of management directive. I asked Matule what her process was when she received packages from Service Providers who had service crosses that indicated No Such Number. Matule said that she was instructed that when a misloaded package came back to the center with No Such Number or No Such Person, she was to put either a Rescheduled Delivery Date on them or conduct an address correction into E2DC as “Apartment 0”. Matule said that Bozeman Management had given directive when she was on vacation, to sheet as Future at one point in time. Matule said that at the beginning of Summer 2021, that directive changed and that they were to be entered as address corrections to “Apartment 0”. I asked when that directive was given. Matule said within the past two months after On Road Supervisor Samuel Ingham had promoted. I asked if this was a directive from management in Butte. Matule said that an On Road Supervisor named Josh told both she and PT Local Sort Supervisor Brady Koenig to enter in “Apartment 0” as an address correction because it would not show as Missed On Road. I asked Matule if she was present during the directive. Matule said that “Josh” told it to her face. She said that she confirmed that directive with Koenig and that both agreed that was not the proper procedure, but did so because they were working as directed. Matule said that “Josh” said that in Bozeman, they would enter the exception as Reschedule Delivery Date, but that entering “Apartment 0” would allow them less work to enter the exception. I asked Matule to provide a written statement and she said she would. The interview concluded at 1900.

- Josh Bowman Bozeman/Butte On Road Supervisor- EMP ID 1678567- DOE 06JUL04

On September 20, 2021 at 0815, I Clay Holloway Security Supervisor, interviewed On Road Supervisor Josh Bowman in the presence of Security Manager Matthew “Clyde” Fitzmaurice. A policy review was conducted. I asked Bowman if he knew why he was being interviewed. Bowman stated that it must have something to do with an interview conducted on September 9, 2021 and sheeting of misloads as No Such Number. I explained to Bowman that I had been investigating a concern for the past six weeks, and that I had data and statements showing that he gave instructions to sheet misloaded packages as No Such Number. I advised Bowman of the integrity policy that was reviewed. Bowman said that operations is always looking for a way to not have packages showed as Missed On Road. Bowman said that the practice had been around since he started as a Full-Time Supervisor. He said that operations has been doing this for so long that it is the mindset of every center he has known about. Bowman said that he has been given similar instructions by management above him. Bowman said that former Montana Division Manager Jay Yeager has told all centers to do what it took to not show service failures. Bowman quoted Yeager as saying, “I don’t care how you do it, and I don’t want to know, but just make the numbers.” I asked Bowman if Business Manager Bradley Tolson was aware of the practice. Bowman said that he could not speak for Tolson, and would not since Tolson was on vacation and unavailable.

Fitzmaurice asked Bowman how many misloads occur daily on average. Bowman said anywhere from 20-50. Bowman said that was for Bozeman and not Butte, because Bowman did not cover Butte. Bowman said of the 20-50 misloaded packages, the majority made service. He said that they might miss five (5) packages daily on average. Bowman also said that Operation Management has allowed this to go on for years, and that they do not want to know about how service failures are covered up. He said that they do not have the resources needed to address issues such as misloaded packages. Bowman said that they are understaffed and do not have Smart Scan to help with misloaded packages. He said that the scans used in the past worked to keep their operation off the radar of Operations Management, so they continued to use scans to cover up service failures. Bowman was asked if he spoke to anyone after the September 9, 2021 interview. Bowman said that he instructed Brady Koenig PT Local Sort Supervisor to sheet service failures as missed. I asked Bowman to provide a written statement and to keep the interview confidential. Bowman said that he would provide as statement. The interview concluded at 0900.

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

- Bradley Tolson Butte Business Manager-EMP ID 0313106- DOE 12MAR1992

  Resolution Interview TBD.

**Attachments:**

Ethan Cooney Policy Review.pdf

Ingham Policy.pdf

Copy of Driver Exception Search 59

Copy of Driver Exception Search 59

Copy of Driver Exception Search 59

Copy of Driver Exception Search 597(

Copy of Driver Exception Search 597(

Copy of Driver Exception Search 597(

Koenig-Tolson Text.png

Koenig statement-policy.pdf

Koenig Statement 2.pdf

Bowman Policy.pdf

Tolson Policy.pdf

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.