# EXHIBIT P

Desert Mtn. – Wyoming
21-MTN-0674
Cheyenne, WY
Falsification Delivery Records

To: File

From: Clay Holloway – Security Supervisor

Date: August 29, 2023

Re: Falsification Delivery Records

---

**Findings**

- Cheyenne (8200) Center used "Emergency Condition" scans for packages missed on road. SEAS analysis from 25JUL21 to 02SEP21 showed 2486 Emergency Condition scans and zero service failures.
  - On July 30, 2021, 108 packages were sheeted as Emergency per instructions of Management.
  - On August 25, 2021, 96 packages were sheeted as Emergency per instructions of Management.
- Kathy Noppin, Cheyenne PT Package Center Supervisor, indicated that Emergency Condition Scans may have been used in the past for Service Providers who were over allowed DOT hours.
- Ashley Schlager, former Cheyenne PT Local Sort Supervisor, confirmed the use of Emergency Condition scans for breakdowns.
  - Schlager said that she had always been trained to use Emergency Conditions for breakdowns and for air packages when the pilots could not depart due to weather.
  - Schlager was unaware of Emergency Condition exceptions being used for misloads.
- Floyd Reinhardt, Cheyenne Business Manager, willfully acknowledged the use of Emergency Condition scans to avoid service failures.
  - Reinhardt admitted to using Emergency Condition scans for breakdowns that occur weekly.
  - Reinhardt admitted to using Emergency Condition scans for excess Amazon volume that could not be processed on the preload.
  - Reinhardt admitted to using Emergency Condition scans for Service Providers who still had volume but had exceeded DOT hours. He said that the driver was immediately disciplined for going over hours.

**Summary**

On July 29, 2021, Security Supervisor Clay Holloway initiated an investigation to monitor the use of fraudulent exception scans in Cheyenne, WY. Holloway used SEAS to check the ratio of Service Failures and Missed On Road exceptions to those of Security, Emergency and Not In One exceptions. Holloway discovered that from July 25-September 2, 2021, the center had zero (0) service failures and 2486 Emergency Condition scans. Holloway continued to monitor throughout the next 45 days.

On September 23, 2021, Holloway interviewed PT Package Center Supervisor Kathy Noppen. Holloway asked Noppen about the use of Emergency Condition scans in the facility. Noppen said that it was usually weather related but that the Local Sort would also use the exception for drivers that went over their DOT allowed hours.

On September 27, 2021, Holloway interviewed Local Sort Supervisors Amanda Leal and Julian Mar. Both stated that the use of Emergency Condition exceptions was due to weather related incidents and breakdowns. Neither knew the process as they were only two (2) weeks in their respective positions.

On September 28, 2021, Holloway attempted to interview former Local Sort Supervisor Ashley Schlager who had transferred to the Preload. Schlager was out due to illness related to COVID. Her date of return was unknown.

Holloway conducted a weather report on random dates and times. On 8/25/21, package 1ZY8F9070341967349 received an Emergency Condition scan at 2142. The package was going to 3945 Tea Kettle Rd, Torrington, WY. The National Weather Service reported zero (0) precipitation on that date in

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

the Cheyenne area that included Torrington. On 9/9/21, package 1ZY8238V0345916483 received an Emergency Condition scan at 1900 on the Cheyenne Local Sort. The package was going to Pine Bluffs, WY. The National Weather Service showed zero (0) precipitation in the Cheyenne area, including Pine Bluffs. On 9/13/21, package 1ZY840920153877956 was given an Emergency scan on the Cheyenne Local Sort at 2118. The package was NDA going to Florida. The National Weather Service showed no precipitation in the Cheyenne area for that date.

On October 26, 2021, Holloway interviewed Schlager via telephone. Schlager said that she was taught to use Emergence Conditions exceptions when there was bad weather, when drivers had a breakdown and could not scan their remaining packages due to DIAD issues, and when Small Feeder Aircraft was unable to reach their destination due to weather conditions. Schlager said that she never used the exception for undelivered packages such as misloads or when a driver ran out of DOT hours.

On October 27, 2021, Holloway spoke with Operations Excellence Director Donald Siddall regarding the use of Emergency Conditions and Breakdown exception scans on packages. Siddall explained that the use of Breakdown exceptions is reserved for Transportation and not Package. Siddall said that if a feeder breaks down and is unable to get volume to a center, Breakdown is acceptable. Siddall said that once a package is scanned at a package center and dispatched as Out For Delivery, Breakdown is not an acceptable exception. Furthermore, Siddall stated that anytime a package car is broken down, any packages not delivered need to be sheeted as Missed On Road. Siddall said that all managers have been made aware of this and understand the process.

On October 28, 2021 Holloway interviewed Floyd Reinhardt, Cheyenne Business Manager. Reinhardt openly admitted to the use of Emergency Condition scans for packages that were on TP-60 trailers that had broke down, excess Amazon volume that could not be delivered, and drivers who were unable to deliver their routes due to running out of DOT hours. Reinhardt said that every center in the District has done it at one time and that Reinhardt had been told by District Operations to “do what it takes” to not have packages that were Missed On Road.

**Interviews**

- Mary Noppen PT Package Center Supervisor - EMP ID 0910074 – DOE 22NOV99
  On September 23, 2021 at 1400, I Clay Holloway Security Supervisor, interviewed PTPCS Kathy Noppen in the presence of Security Supervisor Nicholas Luper. I asked Noppen about the Cheyenne Center's use of Emergency Conditions during the summer. Noppen said that the area gets occasional rain showers that make some of the roads muddy and drivers could not get to some locations on remote routes. I asked why some of the exceptions showed locations in Cheyenne proper. Noppen said that she did not know, but then asked me what should they do about drivers who were over hours and unable to work more than 14 in a day. I asked her to explain. Noppen said that there were some drivers who work the preload and then go out on route. She said that on occasion, she would have to call management and get permission for drivers to go over 14 hours in a day. Noppen said that as she understood, drivers who were not allowed to go over 14 hours were instructed to return to the building and the packages were given EC exceptions by the Local Sort. I asked Noppen who the supervisors were that put the EC scans on those packages. Noppen said she did not know. The interview concluded at 1410.

- Julian Mar PT Local Sort Supervisor - EMP ID 5671632 – DOE 11OCT18
  On September 27, 2021 at 1916, I Clay Holloway interviewed PT Local Sort Supervisor Julian Mar in the presence of Security Supervisor Nicholas Luper via telephone. I asked Mar what he knew about the high numbers of Emergency Condition exceptions in the Cheyenne facility for the month of September. Mar said that he assumed it was from weather conditions, but that he was new and did not know the process. Mar said that he had not been trained in exception scanning yet. I asked Mar about recent weather. Mar said that they have received some afternoon showers that cause muddy roads in the remote areas but was unsure how many drivers were affected. The interview concluded at 1922.

- Amanda Leal PT Local Sort Supervisor -EMP ID 7039325 - DOE 16OCT20
  On September 27, 2021 at 1910, I Clay Holloway interviewed PT Local Sort Supervisor Amanda Leal in the presence of Security Supervisor Nicholas Luper via telephone. I asked Leal what she knew about the high numbers of Emergency Condition exceptions in the Cheyenne facility for the month of September. Leal said

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

that it was from bad weather and breakdowns. I asked Leal how much bad weather they had received. Leal said that there are often afternoon showers that cause muddy roads and drivers cannot get up to some residences. I asked how many breakdowns occur in Cheyenne. Leal said she did not know and did not know much about the EC exception process as she was 2 weeks new to the sort. The interview concluded at 1915.

- Ashlee Schlager PT Preload Supervisor -EMP ID 6055870 - DOE 17SEP19
  On October 26, 2021 at 1238, I Clay Holloway Security Supervisor, interviewed PT Package Center Supervisor Ashlee Schlager regarding the use of Emergency Condition exceptions in the Cheyenne Center. Schlager said that she was a Local Sort Supervisor for approximately 18 months. I asked Schleger how the center used Emergency Condition exceptions on the Local Sort. Schalger said that the exception was used for weather conditions, breakdowns when the drivers DIADs would not communicate to put Emergency Conditions on packages, and when weather was an issue for outgoing air. Schalger said that she was trained this way when she started the position in 2019 but could not recall who trainer her to do so. I asked Schlager if Emergency Conditions were ever used for drivers who either brought back misloaded packages that had not been delivered, or for drivers who were out of DOT hours to drive. Schlager said that she never used the exception for those reasons and acknowledged that it was not the right thing to do. The interview concluded at 1250.

- Floyd Reinhardt Cheyenne Business Manager- EMP ID 0301999 - DOE 26AUG86

  On October 28, 2021 at 0800, I interviewed Floyd Reinhardt in the presence of Security Supervisor Nicholas Luper. A policy review was conducted. I asked Reinhardt how long he had been with UPS. Reinhardt said 36 years. I asked Reinhardt why the Cheyenne center reported no Service Failures during the months of June, July and August, but had multiple Emergency Scan exceptions. Reinhard said that some cases are due to breakdowns when hauling TP-60's to Torrington, WY. Reinhardt said that that happens frequently. Reinhardt said that he sometimes gets inundated with Amazon volume and cannot physically get it all on Package Cars and will sheet leftover volume as Emergency. He said that is just the way everybody at UPS does it. I asked if Reinhardt had ever used Emergency exceptions for drivers that go over DOT allowed hours. Reinhardt said that he has done that but followed up with discipline on the drivers. Reinhardt went on to say that Operations Management for the district have told all Division and Center Managers to do whatever it takes to not show service failures. He said that he was not trying to be dishonest or hide this use of exception scans. He said that anyone could look at the reports and see what was happening. The interview concluded at 0849.

**Attachments:**

Attachment 1: Schlager Statement

Schlager Interview.pdf

Attachment 2: SEAS Emergency Condition Data

Emergency 7-25 9-2.xlsx

**CONFIDENTIALITY NOTICE**: This document, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.